Clock#: 1616005
FILED FOR RECORD
6/30/2014 09:09am
PAID: 9.00
Daniel W. Massey, Clerk
Superior Court of Chatham County
Chatham County, Georgia

BOOK 397F PAGE 896

This space for Recorder's use

Recording Requested By:
Bank of America
Prepared By:
Ralph Flores
800-444-4302
101 S. Marengo Ave.
Pasadena, CA 91101

When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

Property Address:
1701 Strand AVENUE
Tybee Island, GA 31328-8817

## ASSIGNMENT OF SECURITY DEED

For Value Received, the undersigned holder of a Security Deed (herein "Assignor") whose address is 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 does hereby grant, sell, assign, transfer and convey unto FEDERAL NATIONAL MORTGAGE ASSOCIATION whose address is 14221 DALLAS PARKWAY, STE 1000, DALLAS, TX 75254 all beneficial interest under that certain Security Deed described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Security Deed.

| | |
|---|---|
| Beneficiary: | BANK OF AMERICA, N.A. |
| Made By: | MICHAEL GLENN DOMBROWSKI |
| Date of Security Deed: | 6/27/2008 |
| Original Loan Amount: | $396,900.00 |

Recorded in Chatham County, GA on: 7/14/2008, book 342 X, page 121 and instrument number N/A

Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Security Deed to be executed on
JUN 05 2014

BANK OF AMERICA, N.A.

By: _____
Yong Ly
Assistant Vice President

By: _____
Ralph Flores
Assistant Vice President

Witness: _____ Rabla Zuniga

Witness: _____ Margaret Magallan

State of California
County of Ventura

On JUN 05 2014 before me, Shannon M. Mayfield, Notary Public, personally appeared Yong Ly and Ralph Flores, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: Shannon M. Mayfield   (Seal)
My Commission Expires: Jan 5, 2017

SHANNON M. MAYFIELD
Commission # 2002964
Notary Public - California
Los Angeles County
My Comm. Expires Jan 5, 2017