# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: Michael G. Dombrowski, ) <br> SSN: xxx–xx–4413 ) <br> ) <br> Debtor. ) | Case No.: 16-81412-CRJ-11 <br><br> CHAPTER 11 |

## NOTICE OF CLAIMS BAR DATE

COMES NOW Michael G. Dombrowski, as Chapter 11 Debtor-in-Possession ("Debtor"), and pursuant to the Order of the Court dated May 26, 2016, notifies all creditors in this case that the deadline for filing a Proof of Claim is **September 9, 2016,** except that a claim of a governmental unit shall be timely filed if it is filed before 180 days after the date of the order for relief.

Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred. If you have previously filed such a claim in this case, you need not file again.

A proof of claim form can be obtained at any bankruptcy clerk's office or by visiting www.uscourts.gov/FormsAndFees.

Respectfully submitted, this 31st day of May, 2016.

/s/Tazewell T. Shepard
Tazewell T. Shepard
Attorney for Debtor-in-Possession
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: 256/512-9924
Fax: 256/512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this 31st day of May, 2016 served the foregoing Notice on all parties as listed on the Clerk's certified matrix (attached hereto); upon the following listed parties:

S. Keith Eady
Atty for Federal Nat'l Mortgage Assn (Fannie Mae)
RCO Legal, PS
2970 Clairmont Rd NE Ste 780
Atlanta GA  30329

Daniel D. Sparks
Christian & Small LLP
Atty for Synovus Bank
1800 Financial Ctr
505 North 20th Street
Birmingham, AL  35203

Eric J Breithaupt
Atty for United Community Bank
Stites & Harbison PLLC
303 Peachtree St NE
2800 Suntrust Plaza
Atlanta GA  30308

and upon Richard Blythe, Office of the Bankruptcy Administrator, P. O. Box 3045, Decatur, AL  35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard

Label Matrix for local noticing
1126-8
Case 16-81412-CRJ11
NORTHERN DISTRICT OF ALABAMA
Decatur
Tue May 31 15:40:03 CDT 2016

BANK OF AMERICA, N.A.
c/o Pierce Ledyard, PC
P.O. Box 161389
Mobile, AL 36616-2389

Liberty Community Association, Inc.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005-5479

Progress Bank
c/o Chad W. Ayres
P. O. Box 2168
Huntsville, AL 35804-2168

Sevier County Bank
c/o Stuart M Maples
200 Clinton Ave West Ste 1000
Huntsville, AL 35801-4919

Synovus Bank
c/o Christian & Small LLP
1800 Financial Center
505 N. 20th Street
Birmingham, AL 35203-4633

Tennessee Bank National Association
c/o Thomas W. Lawless
701 Broadway
Nashville, TN 37203-3944

United Community Bank

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

*American Express
Customer Service
P O Box 981535
El Paso, TX 79998-1535

*Cobblestone Condo Assn
P O Box 22116
Huntsville, AL 35814-2116

*Cornerstone
2060 Mt Paran Rd Ste 100
Atlanta, GA 30327-2935

*First Tennessee
c/o Jeanna McWilliams
511 Union St 5th Fl
Nashville, TN 37219-1736

*Fulton County Tax Commissioner
141 Pryor St
Atlanta, GA 30303-3446

*Gilmer County Tax Commissioner
1 Broad St Ste 105
Ellijay, GA 30540-9045

*Legacy Mountain HOA
P O Box 10686
Knoxville, TN 37939-0686

*Lynda Hall Tax Collector
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801-4876

*Philip G. Dombrowski
14007 Astalot Dr
Huntsville, AL 35803-2465

*Piedmont Lending
c/o Chandler Doughty
P O Box 1578
Roswell, GA 30077-1578

*Progress Bank and Trust
201 Williams Ave
Huntsville, AL 35801-4308

*Progress Bank and Trust
c/o Clint Kirkland
201 Williams Ave
Huntsville, AL 35801-4308

*Sevier County Bank
P O Box 5288
Sevierville, TN 37864-5288

*Sevier County Bank
c/o Jack Williams
P O Box 5288
Sevierville, TN 37864-5288

*Sevier County Trustee
125 Court Ave Rm 212W
Sevierville, TN 37862-3596

*Synovus
Managed Assets
P O Box 105233
Atlanta, GA 30348-5233

*Synovus
c/o Jeff Spielberger
P O Box 105233
Atlanta, GA 30348-5233

*USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

*United Community Bank
558 Industrial Blvd
Ellijay, GA 30540-3786

Baldwin County Revenue Commission
1705 U S Hwy 31 S
Bay Minette, AL 36507-2614

Baldwin County Revenue Commission
P O Box 1389
Bay Minette, AL 36507-1389

| | | |
|---|---|---|
| Bank of America<br>P O Box 650070<br>Dallas, TX 75265-0070 | Breckenridge Assn., Inc.<br>100 Brownsridge Lane<br>Madison, AL 35758-2406 | Charlotte A. Dombrowski<br>200 Walker Ave<br>Huntsville, AL 35801-4156 |
| City Hall Bremen GA<br>232 Tallapoosa St<br>Bremen, GA 30110-2045 | Douglas County Tax Commissioner<br>P O Box 1177<br>Douglasville, GA 30133-1177 | First Tennessee<br>511 Union St 5th Fl<br>Nashville, TN 37219-1736 |
| Haralson County Tax Commissioner<br>P O Box 330<br>Buchanan, GA 30113-0330 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Liberty Community Assn<br>c/o Lueder, Larkin & Hunter, LLC<br>5900 Winward Pkwy Ste 390<br>Alpharetta, GA 30005-5479 |
| Mobile County<br>Revenue Commissioner's Office<br>P O Drawer 1169<br>Mobile, AL 36633-1169 | Morgantown POA<br>P O Box 1626<br>Gulf Shores, AL 36547-1626 | Northshore GA POA<br>P O Box 5237<br>Saint Marys, GA 31558-5237 |
| Paulding County Tax Commissioner<br>240 Constitution Blvd Rm 305<br>Dallas, GA 30132-4614 | Piedmont Lending<br>P O Box 1578<br>Roswell, GA 30077-1578 | Regions Bank<br>P O Box 11407<br>Birmingham, AL 35246-0100 |
| Seabreeze Condo Owners<br>27051 Towne Centre Dr Ste 200<br>Foothill Ranch, CA 92610-2819 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Seterus<br>P O Box 1077<br>Hartford, CT 06143-1077 |
| Somar Lofts COA<br>95 Forsyth St #6A<br>Atlanta, GA 30303-3478 | Synovus<br>Jeff Spielberger<br>P O Box 105233<br>Atlanta, GA 30348-5233 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Michael G. Dombrowski<br>200 Walker Avenue<br>Huntsville, AL 35801-4156 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Tazewell Shepard<br>Tazewell Shepard, P.C.<br>PO BOX 19045<br>HUNTSVILLE, AL 35804-9045 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Federal National Mortgage Association (Fa

(d) Liberty Community Association, Inc.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005-5479

End of Label Matrix
Mailable recipients    55
Bypassed recipients     2
Total                  57