## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:  Michael G. Dombrowski,      )      Case No.:  16-81412-CRJ-11

SSN: xxx–xx–4413               )

                                )

         Debtor.            )      CHAPTER 11

_____)

## DEBTOR'S  NOTICE OF AMENDMENT OF SCHEDULES

**COMES NOW** the Debtor in the above styled matter and hereby files amended Voluntary Petition, Schedule E, Schedule F, Summary of Schedules, the Declaration Concerning Debtor's Schedules and Verification of Creditor Matrix consisting of 31 pages, by substituting the attached amended schedules for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009.  The specific changes are as follows:

### Voluntary Petition
-to correct Part 3, number 13 to the correct designation that the Debtor is filing under Chapter 11 but he is NOT a small business debtor according to the definition in the Bankruptcy Code

### Schedule E has been amended
-to add creditor GSRAN-Z Servicing Account, P. O. Box 71275, Philadelphia, PA 19176-6275, as Assignee for 2015 taxes owed to Fulton County, amount unknown.
-to add creditor State of Alabama, Department of Revenue, 50 North Ripley Street, Montgomery, AL 36132 , amount unknown.

### Schedule F has been amended
-to add creditor Uncle Bob's Self Storage, 7015 Hwy 72 W, Huntsville, AL  35806 – notice only.
-to add creditor A-1 Surfside Storage, 280 S Surfside Drive, Port Hueneme, CA 93041 – notice only.

Respectfully submitted, this 4th day of November, 2016.


                             /s/*Tazewell T. Shepard*
                             Tazewell T. Shepard

                             **SPARKMAN, SHEPARD & MORRIS, P.C.**
                             P.O. Box 19045
                             Huntsville, AL 35804
                             Tel: (256) 512-9924

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED PETITION AND SCHEDULES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated: __November 4, 2016__      /s/ _Michael G. Dombrowski_

                                        Michael G. Dombrowski

## CERTIFICATE OF SERVICE

        This is to certify that I have this November 4, 2016 served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix and upon the following persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the US Mail in properly addressed envelopes with adequate postage thereon:

Richard Blythe, Esquire
Office of the Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

GSRAN-Z Servicing Account
P O Box 71275
Philadelphia, PA 19176-6275

Uncle Bob's Self Storage
7015 Hwy 72 W
Huntsville, AL 35806

A-1 Surfside Storage
280 S Surfside Drive
Port Hueneme, CA 93041

State of Alabama
Department of Revenue
50 North Ripley Street
Montgomery, AL 36132

/s/_Tazewell T. Shepard_
Tazewell Shepard

Label Matrix for local noticing
1126-8
Case 16-81412-CRJ11
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Nov 4 10:01:52 CDT 2016

BANK OF AMERICA, N.A.
c/o Pierce Ledyard, PC
P.O. Box 161389
Mobile, AL 36616-2389

Cobblestone Condominium Assoc.
c/o Ray Uhrig
2611 Artie St SW Suite 1
Huntsville, AL 35805-4750

Cornerstone Bank
c/o C. Paul Davis
Davis Law Firm, P.C.
2313 Market Place
Suite D
Huntsville, AL 35801-5274

First Commercial Bank, Division of Synovus B
% B. Hightower, D. Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

First Tennessee Bank National Association
Special Assets Group
P.O. Box 28100
Nashville, TN 37202-8100

Liberty Community Association, Inc.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005-5479

Progress Bank
c/o Chad W. Ayres
P. O. Box 2168
Huntsville, AL 35804-2168

Sevier County Bank
c/o Stuart M Maples
200 Clinton Ave West Ste 1000
Huntsville, AL 35801-4919

Synovus Bank
c/o Christian & Small LLP
1800 Financial Center
505 N. 20th Street
Birmingham, AL 35203-4633

Tennessee Bank National Association
c/o Thomas W. Lawless
701 Broadway
Nashville, TN 37203-3944

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

*American Express
Customer Service
P O Box 981535
El Paso, TX 79998-1535

*Cobblestone Condo Assn
P O Box 22116
Huntsville, AL 35814-2116

*Cornerstone
2060 Mt Paran Rd Ste 100
Atlanta, GA 30327-2935

*First Tennessee
c/o Jeanna McWilliams
511 Union St 5th Fl
Nashville, TN 37219-1736

*Fulton County Tax Commissioner
141 Pryor St
Atlanta, GA 30303-3446

*Gilmer County Tax Commissioner
1 Broad St Ste 105
Ellijay, GA 30540-9045

*Legacy Mountain HOA
P O Box 10686
Knoxville, TN 37939-0686

*Lynda Hall Tax Collector
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801-4876

*Philip G. Dombrowski
14007 Astalot Dr
Huntsville, AL 35803-2465

*Piedmont Lending
c/o Chandler Doughty
P O Box 1578
Roswell, GA 30077-1578

*Progress Bank and Trust
201 Williams Ave
Huntsville, AL 35801-4308

*Progress Bank and Trust
c/o Clint Kirkland
201 Williams Ave
Huntsville, AL 35801-4308

*Sevier County Bank
P O Box 5288
Sevierville, TN 37864-5288

*Sevier County Bank
c/o Jack Williams
P O Box 5288
Sevierville, TN 37864-5288

*Sevier County Trustee
125 Court Ave Rm 212W
Sevierville, TN 37862-3596

*Synovus
Managed Assets
P O Box 105233
Atlanta, GA 30348-5233

*Synovus
c/o Jeff Spielberger
P O Box 105233
Atlanta, GA 30348-5233

*USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

*United Community Bank
558 Industrial Blvd
Ellijay, GA 30540-3786

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

Baldwin County Revenue Commission
1705 U S Hwy 31 S
Bay Minette, AL 36507-2614

Baldwin County Revenue Commission
P O Box 1389
Bay Minette, AL 36507-1389

Bank of America
P O Box 650070
Dallas, TX 75265-0070

Breckenridge Assn., Inc.
100 Brownsridge Lane
Madison, AL 35758-2406

Charlotte A. Dombrowski
200 Walker Ave
Huntsville, AL 35801-4156

City Hall Bremen GA
232 Tallapoosa St
Bremen, GA 30110-2045

Cobblestone Condominium Association, Inc.
C/O Ray Uhrig
Uhrig Law Firm
2611 Artie St. SW, Ste. 1
Huntsville, AL 35805-4750

Douglas County Tax Commissioner
P O Box 1177
Douglasville, GA 30133-1177

Federal National Mortgage Association (Fanni
Seterus, Inc. as Servicer for
Federal National Mortgage Association
P.O. Box 1047
Hartford, CT 06143-1047

First Commercial Bank
a Division of Synovus Bank
800 Shades Creek Parkway
Birmingham, AL 35209-4532

First Tennessee
511 Union St 5th Fl
Nashville, TN 37219-1736

First Tennessee Bank National Association
P.O. Box 28100
Nashville, TN 37202-8100

Haralson County Tax Commissioner
P O Box 330
Buchanan, GA 30113-0330

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Liberty Community Assn
c/o Lueder, Larkin & Hunter, LLC
5900 Winward Pkwy Ste 390
Alpharetta, GA 30005-5479

MCA Properties, East Coast Properties
240 Constitution BLVD.
Dallas, Georgia 30132-4614

Mobile County
Revenue Commissioner's Office
P O Drawer 1169
Mobile, AL 36633-1169

Morgantown POA
P O Box 1626
Gulf Shores, AL 36547-1626

Northshore GA POA
P O Box 5237
Saint Marys, GA 31558-5237

Paulding County Tax Commissioner
240 Constitution Blvd Rm 305
Dallas, GA 30132-4614

Piedmont Capital Lending, L.L.C.
c/o Morris Manning & Martin, LLP, Lynn W
990 Hammond Drive, #300
Atlanta, GA 30328-5519

Piedmont Lending
P O Box 1578
Roswell, GA 30077-1578

Regions Bank
Consumer Collections      BH40402B
P. O. Box 10063
Birmingham, AL 35202-0063

Regions Bank
P O Box 11407
Birmingham, AL 35246-0100

Seabreeze Condo Owners
27051 Towne Centre Dr Ste 200
Foothill Ranch, CA 92610-2819

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Seterus
P O Box 1077
Hartford, CT 06143-1077

Somar Lofts COA
95 Forsyth St #6A
Atlanta, GA 30303-3478

Synovus
Jeff Spielberger
P O Box 105233
Atlanta, GA 30348-5233

Thomas W Lawless
Suite 403 The Customs House
701 Broadway
Nashville, TN 37203-3944

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

USAA SAVINGS BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

Michael G. Dombrowski
200 Walker Avenue
Huntsville, AL 35801-4156

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Tazewell Shepard
Tazewell Shepard, P.C.
PO BOX 19045
HUNTSVILLE, AL 35804-9045

Tazewell T Shepard
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

Tazewell Taylor Shepard IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804-9045


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u) Federal National Mortgage Association (Fa

(u)SETERUS, INC.

(u)United Community Bank


(d)Cornerstone Bank
c/o C.Paul Davis
Davis Law Firm, P.C.
2313 Market Place, Suite D
Huntsville, AL 35801-5274

(d)Liberty Community Association, Inc.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005-5479

(d)Progress Bank & Trust
201 Williams Avenue
Huntsville, AL 35801-4308

(d)Sevier County Bank
c/o Stuart M. Maples
200 Clinton Ave. West
Suite 1000
Huntsville, AL 35801-4919

End of Label Matrix
Mailable recipients     70
Bypassed recipients      7
Total                   77

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* **16-81412**

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

■ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Michael**<br>First name | First name |
|  | | **G.**<br>Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **Dombrowski**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4413** | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |

**5. Where you live**

About Debtor 1:

**200 Walker Avenue**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

**Madison**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | District | When | Case number, if known |
| | Debtor | | Relationship to you |
| | District | When | Case number, if known |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|---------------------------------------------------------------------|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.  What kind of debts do you have?**

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

---

**17.  Are you filing under Chapter 7?**

☒ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.  How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19.  How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.  How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Michael G. Dombrowski

| Michael G. Dombrowski | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

Executed on  **November  4, 2016**                Executed on _____
            MM / DD / YYYY                                   MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Tazewell T. Shepard                                    Date    November  4, 2016
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Tazewell T. Shepard**
Printed name

**Sparkman, Shepard & Morris, P.C.**
Firm name

**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone    **256-512-9924**                    Email address    cheryl@ssmattorneys.com

**ASB-4962-S68T**
Bar number & State

| Debtor 1 | Michael G. Dombrowski | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number  16-81412
(if known)

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Baldwin County Revenue Commission**<br>Priority Creditor's Name<br>P O Box 1389<br>Bay Minette, AL 36507<br>Number Street City State Zip Code | Last 4 digits of account number _____ | $3,200.00 | $0.00 | $3,200.00 |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Past Due Taxes**
**Michael Dombrowski**

| 2.2 | City Hall Bremen GA | Last 4 digits of account number | $4,000.00 | $0.00 | $4,000.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**232 Tallapoosa St**
**Bremen, GA 30110**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____

**Past Due Taxes**
**(East Coast Properties, LLC)**

| 2.3 | Douglas County Tax Commissioner | Last 4 digits of account number | $772.08 | $0.00 | $772.08 |
|---|---|---|---|---|---|

Priority Creditor's Name
**P O Box 1177**
**Douglasville, GA 30133**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____

**Past Due Taxes**
**(East Coast Properties, LLC)**

| 2.4 | Fulton County Tax Commissioner | Last 4 digits of account number | $12,000.00 | $0.00 | $12,000.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**141 Pryor St**
**Atlanta, GA 30303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____

**Past Due Taxes**
**(East Coast Properties, LLC)**

| 2.5 | **Fulton County Tax Commissioner** | Last 4 digits of account number _____ | $2,000.00 | $0.00 | $2,000.00 |

Priority Creditor's Name
**141 Pryor St**
**Atlanta, GA 30303**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Past Due Taxes**
**(MCA Properties, LLC)**

| 2.6 | **Fulton County Tax Commissioner** | Last 4 digits of account number _____ | $1,300.00 | $0.00 | $1,300.00 |

Priority Creditor's Name
**141 Pryor St**
**Atlanta, GA 30303**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Past Due Taxes**
**(Michael Dombrowski)**

| 2.7 | **Gilmer County Tax Commissioner** | Last 4 digits of account number _____ | $9,800.00 | $0.00 | $9,800.00 |

Priority Creditor's Name
**1 Broad St Ste 105**
**Ellijay, GA 30540**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Past Due Taxes**
**(Blue Mountain Properties, LLC)**

| 2.8 | Gilmer County Tax Commissioner | Last 4 digits of account number | $800.00 | $0.00 | $800.00 |

**Gilmer County Tax Commissioner**
Priority Creditor's Name
1 Broad St Ste 105
Ellijay, GA 30540
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Past Due Taxes
(East Coast Properties, LLC)

---

| 2.9 | GSRAN-Z Servicing Account | Last 4 digits of account number | Unknown | $0.00 | $0.00 |

**GSRAN-Z Servicing Account**
Priority Creditor's Name
P O Box 71275
Philadelphia, PA 19176-6275
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**  2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
2015 taxes -
GSRAN-Z as Assignee for taxes owed to Fulton
County

---

| 2.10 | Haralson County Tax Commissioner | Last 4 digits of account number | $750.00 | $0.00 | $750.00 |

**Haralson County Tax Commissioner**
Priority Creditor's Name
P O Box 330
Buchanan, GA 30113
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Past Due Taxes
(East Coast Properties, LLC)

---

| | 2.1 | | | | | |
|---|---|---|---|---|---|---|

**2.1 1**

**Lynda Hall Tax Collector**
Priority Creditor's Name
**Madison County Courthouse**
**100 Northside Sq**
**Huntsville, AL 35801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        $18,000.00        $0.00        $18,000.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (MCA Properties, LLC)

**2.1 2**

**Lynda Hall Tax Collector**
Priority Creditor's Name
**Madison County Courthouse**
**100 Northside Sq**
**Huntsville, AL 35801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        $8,000.00        $0.00        $8,000.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (Old Towne Homes, LLC)

**2.1 3**

**Mobile County**
Priority Creditor's Name
**Revenue Commissioner's Office**
**P O Drawer 1169**
**Mobile, AL 36633**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        $882.85        $0.00        $882.85

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (East Coast Properties, LLC)

| 2.1 4 | **Paulding County Tax Commissioner** | | $3,200.00 | $0.00 | $3,200.00 |
|---|---|---|---|---|---|

**Paulding County Tax Commissioner**
Priority Creditor's Name
240 Constitution Blvd Rm 305
Dallas, GA 30132
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (East Coast Properties, LLC)

---

| 2.1 5 | **Sevier County Trustee** | | $16,000.00 | $0.00 | $16,000.00 |
|---|---|---|---|---|---|

**Sevier County Trustee**
Priority Creditor's Name
125 Court Ave Rm 212W
Sevierville, TN 37862
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (Blue Mountain Properties, LLC)

---

| 2.1 6 | **Sevier County Trustee** | | $9,500.00 | $0.00 | $9,500.00 |
|---|---|---|---|---|---|

**Sevier County Trustee**
Priority Creditor's Name
125 Court Ave Rm 212W
Sevierville, TN 37862
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  Past Due Taxes
  (MGD RR3, LLC)

| Debtor 1 | Michael G. Dombrowski | Case number (if know) | 16-81412 |
|---|---|---|---|

| 2.17 | State of Alabama, Dept of Revenue | | Last 4 digits of account number | | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name

**Legal Division
50 North Ripley Street
Montgomery, AL 36132-0001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes- Notice only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | A-1 Surfside Storage | | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**280 S Surfside Drive
Port Hueneme, CA 93041**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

| 4.2 | **American Express** | Last 4 digits of account number | 3001 | | $1,250.00 |

Nonpriority Creditor's Name
**Customer Service**
**P O Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.3 | **American Express** | Last 4 digits of account number | 3002 | | $19,980.00 |

Nonpriority Creditor's Name
**Customer Service**
**P O Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases**

---

| 4.4 | **Breckenridge Assn., Inc.** | Last 4 digits of account number | Old Town Homes, LLC | | $6,000.00 |

Nonpriority Creditor's Name
**100 Brownsridge Lane**
**Madison, AL 35758**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Homeowner's Association Dues past due**

---

| 4.5 | Cobblestone Condo Assn | Last 4 digits of account number | MCA Properties, LLC | $11,600.00 |

Nonpriority Creditor's Name
P O Box 22116
Huntsville, AL 35814
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Homeowner's Association Dues past due**

---

| 4.6 | Cornerstone | Last 4 digits of account number  7394 | | $219,606.00 |

Nonpriority Creditor's Name
2060 Mt Paran Rd Ste 100
Atlanta, GA 30327
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **East Coast Properties, LLC Please see attached list of real estate holdings of East Coast Properties, LLC 100%**

- ☐ Yes

---

| 4.7 | First Tennessee | Last 4 digits of account number  unknown | | $926,000.00 |

Nonpriority Creditor's Name
511 Union St 5th Fl
Nashville, TN 37219
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **MGD RR3, LLC Please see attached list of real estate holdings of MGD RR3, LLC 100%**

- ☐ Yes

---

| 4.8 | **Legacy Mountain HOA** | Last 4 digits of account number | **DRR3,LLC** | $5,040.00 |

**Legacy Mountain HOA**
Nonpriority Creditor's Name
P O Box 10686
Knoxville, TN 37939
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   DRR3,LLC

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Homeowner's Association Dues past due

$5,040.00

---

| 4.9 | **Legacy Mountain HOA** | Last 4 digits of account number | **Blue Mountain Properties, LLC** | $6,048.00 |

**Legacy Mountain HOA**
Nonpriority Creditor's Name
P O Box 10686
Knoxville, TN 37939
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
Blue Mountain Properties, LLC

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Homeowner's Association Dues past due

$6,048.00

---

| 4.1 0 | **Liberty Community Assn** | Last 4 digits of account number | **Michael Dombrowski** | $2,300.00 |

**Liberty Community Assn**
Nonpriority Creditor's Name
c/o Lueder, Larkin & Hunter, LLC
5900 Winward Pkwy Ste 390
Alpharetta, GA 30005
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
Michael Dombrowski

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Homeowner's Association Dues past due

$2,300.00

| 4.1 1 | **Morgantown POA** | | Michael Dombrowski | $1,026.00 |

| 4.1 1 | **Morgantown POA** | Last 4 digits of account number | Michael Dombrowski | $1,026.00 |

Nonpriority Creditor's Name
P O Box 1626
Gulf Shores, AL 36547
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Homeowner's Association Dues past due**

---

| 4.1 2 | **Northshore GA POA** | Last 4 digits of account number | East Coast Properties, LLC | $837.30 |

Nonpriority Creditor's Name
P O Box 5237
Saint Marys, GA 31558
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Homeowner's Association Dues past due**

---

| 4.1 3 | **Philip G. Dombrowski** | Last 4 digits of account number | | $8,000.00 |

Nonpriority Creditor's Name
14007 Astalot Dr
Huntsville, AL 35814
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Money to help pay daughter's tuition**

| 4.1 4 | **Piedmont Lending** | Last 4 digits of account number | 1023 | $25,000.00 |

Nonpriority Creditor's Name
P O Box 1578
Roswell, GA 30077
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Blue Mountain Properties, LLC
Please see attached list of real estate holdings of Blue Mountain Properties, LLC
100%

---

| 4.1 5 | **Progress Bank and Trust** | Last 4 digits of account number | 2700;2300;6 800;6700 | $866,181.31 |

Nonpriority Creditor's Name
201 Williams Ave
Huntsville, AL 35801-4250
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Old Town Homes, LLC
Please see attached list of real estate holdings of Old Towne Homes, LLC
100%

| 4.1 6 | Progress Bank and Trust | Last 4 digits of account number | 2700 | $496,000.00 |

**Progress Bank and Trust**
Nonpriority Creditor's Name
**201 Williams Ave**
**Huntsville, AL 35801-4250**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number**    2700

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MCA Properties, LLC**
**Please see attached list of real estate holdings of MCA Properties, LLC**
**100%**

$496,000.00

---

| 4.1 7 | Regions Bank | Last 4 digits of account number | 5716 | $4,951.00 |

**Regions Bank**
Nonpriority Creditor's Name
**P O Box 11407**
**Birmingham, AL 35246**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    5716

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Purchases**

$4,951.00

---

| 4.1 8 | Seabreeze Condo Owners | Last 4 digits of account number | Michael Dombrowski | $2,081.97 |

**Seabreeze Condo Owners**
Nonpriority Creditor's Name
**27051 Towne Centre Dr Ste 200**
**Foothill Ranch, CA 92610**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number**    Michael Dombrowski

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Homeowner's Association Dues past due $641.97 contested**

$2,081.97

---

| 4.1 9 | **Sevier County Bank** | Last 4 digits of account number | 7420;7457 | $2,109,000.00 |

**Nonpriority Creditor's Name**
P O Box 5288
Sevierville, TN 37864-5288
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Blue Mountain Properties, LLC
Please see attached list of real estate holdings of Blue Mountain Properties, LLC
100%**

---

| 4.2 0 | **Somar Lofts COA** | Last 4 digits of account number | Michael Dombrowsk i | $675.00 |

**Nonpriority Creditor's Name**
95 Forsyth St #6A
Atlanta, GA 30303
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Homeowner's Association Dues past due**

| 4.2 1 | **Synovus** | Last 4 digits of account number    9610 | $454,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Managed Assets**
P O Box 105233
Atlanta, GA 30348

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **East Coast Properties, LLC Please see attached list of real estate holdings of East Coast Properties, LLC 100%**

---

| 4.2 2 | **Synovus** | Last 4 digits of account number    9610 | $52,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Managed Assets**
P O Box 105233
Atlanta, GA 30348

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MCA Properties, LLC Please see attached list of real estate holdings of MCA Properties, LLC 100%**

| 4.2 3 | Uncle Bob's Self Storage | Last 4 digits of account number | $0.00 |

**Uncle Bob's Self Storage**
Nonpriority Creditor's Name
**7015 Hwy 72 W**
**Huntsville, AL 35806**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice only**

---

| 4.2 4 | United Community Bank | Last 4 digits of account number    1827 | $168,000.00 |

**United Community Bank**
Nonpriority Creditor's Name
**558 Industrial Blvd**
**Ellijay, GA 30540**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No

- ☐ Yes

**Last 4 digits of account number    1827**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Blue Mountain Properties, LLC**
**Please see attached list of real estate holdings of Blue Mountain Properties, LLC**
- ☑ Other. Specify    **100%**

---

| 4.2 5 | USAA Federal Savings Bank | Last 4 digits of account number    8669 | $10,000.00 |

**USAA Federal Savings Bank**
Nonpriority Creditor's Name
**10750 McDermott Freeway**
**San Antonio, TX 78288-9876**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number    8669**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card Purchases**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Baldwin County Revenue Commission**<br>1705 U S Hwy 31 S<br>Bay Minette, AL 36507 | Line **2.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **First Tennessee**<br>c/o Jeanna McWilliams<br>511 Union St 5th Fl<br>Nashville, TN 37219 | Line **4.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Piedmont Lending**<br>c/o Chandler Doughty<br>P O Box 1578<br>Roswell, GA 30077 | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Progress Bank and Trust**<br>c/o Clint Kirkland<br>201 Williams Ave<br>Huntsville, AL 35801-4250 | Line **4.15** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Progress Bank and Trust**<br>c/o Clint Kirkland<br>201 Williams Ave<br>Huntsville, AL 35801-4250 | Line **4.16** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Sevier County Bank**<br>c/o Jack Williams<br>P O Box 5288<br>Sevierville, TN 37864-5288 | Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Synovus**<br>c/o Jeff Spielberger<br>P O Box 105233<br>Atlanta, GA 30348 | Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9610** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Synovus**<br>Jeff Spielberger<br>P O Box 105233<br>Atlanta, GA 30348 | Line **4.22** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

## Part 4:     Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| | 6a. | Domestic support obligations | 6a. | $                        0.00 |
| **Total claims from Part 1** | 6b. | Taxes and certain other debts you owe the government | 6b. | $                90,204.93 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $                        0.00 |

|      | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|------|-----|---------------------------------------------------------------------|-----|---|------|
|      | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **90,204.93** |

|  |  |  |  | **Total Claim** |  |
|--|--|--|--|--|--|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **5,395,576.58** |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **5,395,576.58** |

| Debtor 1 | Michael G. Dombrowski | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number    16-81412
(if known)

■ Check if this is an
amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $    5,164,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $    5,007,737.69 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $    10,171,737.69 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $    2,803,166.45 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................... | $    90,204.93 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... | $    5,395,576.58 |
| | **Your total liabilities** | $    8,288,947.96 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................... | $    13,213.93 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $    11,424.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                                        $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  |  | Total claim |
|---|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | | |
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 90,204.93 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| | | |
| 9g. **Total.** Add lines 9a through 9f. | $ | 90,204.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael G. Dombrowski** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number | **16-81412** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Michael G. Dombrowski**          X _____
     **Michael G. Dombrowski**                       Signature of Debtor 2
     Signature of Debtor 1

     Date   **November 4, 2016**                Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re   Michael G. Dombrowski _____   Case No.   16-81412 _____

_____ Debtor(s)   Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   November 4, 2016 _____         /s/ Michael G. Dombrowski _____

                                              Michael G. Dombrowski
                                              Signature of Debtor

Bank of America
P O Box 650070
Dallas, TX 75265-0070

Haralson County Tax Commissioner
P O Box 330
Buchanan, GA 30113

Charlotte A. Dombrowski
200 Walker Ave
Huntsville, AL 35801

Progress Bank and Trust
201 Williams Ave
Huntsville, AL 35801-4250

Lynda Hall Tax Collector
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801

Cobblestone Condo Assn
P O Box 22116
Huntsville, AL 35814

Seterus
P O Box 1077
Hartford, CT 06143-1077

Mobile County
Revenue Commissioner's Office
P O Drawer 1169
Mobile, AL 36633

Cornerstone
2060 Mt Paran Rd Ste 100
Atlanta, GA 30327

Baldwin County Revenue Commission
P O Box 1389
Bay Minette, AL 36507

Paulding County Tax Commissioner
240 Constitution Blvd Rm 305
Dallas, GA 30132

First Tennessee
511 Union St 5th Fl
Nashville, TN 37219

City Hall Bremen GA
232 Tallapoosa St
Bremen, GA 30110

Sevier County Trustee
125 Court Ave Rm 212W
Sevierville, TN 37862

Legacy Mountain HOA
P O Box 10686
Knoxville, TN 37939

Douglas County Tax Commissioner
P O Box 1177
Douglasville, GA 30133

State of Alabama, Dept of Revenue
Legal Division
50 North Ripley Street
Montgomery, AL 36132-0001

Liberty Community Assn
c/o Lueder, Larkin & Hunter, LLC
5900 Winward Pkwy Ste 390
Alpharetta, GA 30005

Fulton County Tax Commissioner
141 Pryor St
Atlanta, GA 30303

A-1 Surfside Storage
280 S Surfside Drive
Port Hueneme, CA 93041

Morgantown POA
P O Box 1626
Gulf Shores, AL 36547

Gilmer County Tax Commissioner
1 Broad St Ste 105
Ellijay, GA 30540

American Express
Customer Service
P O Box 981535
El Paso, TX 79998

Northshore GA POA
P O Box 5237
Saint Marys, GA 31558

GSRAN-Z Servicing Account
P O Box 71275
Philadelphia, PA 19176-6275

Breckenridge Assn., Inc.
100 Brownsridge Lane
Madison, AL 35758

Philip G. Dombrowski
14007 Astalot Dr
Huntsville, AL 35814

Piedmont Lending
P O Box 1578
Roswell, GA 30077

Baldwin County Revenue Commission
1705 U S Hwy 31 S
Bay Minette, AL 36507

Regions Bank
P O Box 11407
Birmingham, AL 35246

First Tennessee
c/o Jeanna McWilliams
511 Union St 5th Fl
Nashville, TN 37219

Seabreeze Condo Owners
27051 Towne Centre Dr Ste 200
Foothill Ranch, CA 92610

Piedmont Lending
c/o Chandler Doughty
P O Box 1578
Roswell, GA 30077

Sevier County Bank
P O Box 5288
Sevierville, TN 37864-5288

Progress Bank and Trust
c/o Clint Kirkland
201 Williams Ave
Huntsville, AL 35801-4250

Somar Lofts COA
95 Forsyth St #6A
Atlanta, GA 30303

Sevier County Bank
c/o Jack Williams
P O Box 5288
Sevierville, TN 37864-5288

Synovus
Managed Assets
P O Box 105233
Atlanta, GA 30348

Synovus
Jeff Spielberger
P O Box 105233
Atlanta, GA 30348

Uncle Bob's Self Storage
7015 Hwy 72 W
Huntsville, AL 35806

United Community Bank
558 Industrial Blvd
Ellijay, GA 30540

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876