# Two (2) Year Cash History



| | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repair | $ 3,724 | $ 3,896 | $ 4,084 | $ 4,085 | $ 3,175 | $ 3,468 | $ 3,797 | $ 3,332 | $ 3,082 | $ 3,454 | $ 9,260 | $ 7,747 |
| Gas | $ 1,480 | $ 280 | $ 280 | $ 880 | $ 280 | $ 1,480 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 |
| HOA | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 |
| Insur | $ 7,060 | $ 1,890 | $ 1,890 | $ 1,870 | $ 1,870 | $ 1,870 | $ 1,870 | $ 1,870 | $ 1,870 | $ 1,870 | $ 1,870 | $ 28,230 |
| P&I | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 | $ 53,041 |
| Maint | $ 2,695 | $ 2,281 | $ 2,595 | $ 2,443 | $ 2,336 | $ 2,458 | $ 2,424 | $ 2,226 | $ 2,125 | $ 2,400 | $ 2,057 | $ 2,603 |
| Mgmt | $ 21,317 | $ 11,797 | $ 21,337 | $ 23,846 | $ 21,161 | $ 32,555 | $ 45,544 | $ 32,440 | $ 23,027 | $ 31,891 | $ 27,449 | $ 20,919 |
| Pest | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 |
| Wat Sew | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,435 | $ 1,435 | $ 1,435 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 |
| Supp | $ 620 | $ 600 | $ 656 | $ 635 | $ 533 | $ 577 | $ 591 | $ 549 | $ 513 | $ 576 | $ 617 | $ 613 |
| Taxes | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 9,269 | $ 3,269 | $ 14,369 | $ 10,889 | $ 2,769 |
| Util | $ 9,380 | $ 9,060 | $ 8,960 | $ 6,240 | $ 4,750 | $ 5,780 | $ 6,550 | $ 6,540 | $ 6,150 | $ 4,900 | $ 5,150 | $ 6,780 |
| Cable/Int | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Household | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 10,966 | $ 8,466 | $ 9,366 | $ 8,866 | $ 8,466 |
| Rent | $ 94,958 | $ 61,765 | $ 95,371 | $ 137,199 | $ 89,451 | $ 133,764 | $ 175,461 | $ 131,177 | $ 97,637 | $ 125,934 | $ 113,961 | $ 90,517 |
| Monthly Cash | $ (30,640) | $ (47,361) | $ (23,753) | $ 17,879 | $ (24,017) | $ 6,214 | $ 35,043 | $ (4,382) | $ (19,231) | $ (11,259) | $ (20,565) | $ (55,976) |

1

|  | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repair | $ 4,742 | $ 4,245 | $ 4,047 | $ 4,045 | $ 3,257 | $ 3,331 | $ 3,558 | $ 3,203 | $ 2,989 | $ 3,462 | $ 4,090 | $ 3,488 |
| Gas | $ 1,480 | $ 280 | $ 280 | $ 880 | $ 280 | $ 1,480 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 |
| HOA | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 | $ 8,291 |
| Insur | $ 7,040 | $ 1,870 | $ 1,870 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,770 | $ 26,930 |
| P&I | $ 53,041 | $ 53,041 | $ 37,274 | $ 36,174 | $ 34,115 | $ 34,115 | $ 34,115 | $ 27,645 | $ 34,347 | $ 35,133 | $ 35,133 | $ 35,133 |
| Maint | $ 2,629 | $ 2,248 | $ 2,541 | $ 2,389 | $ 2,316 | $ 2,400 | $ 2,402 | $ 2,138 | $ 2,061 | $ 2,342 | $ 2,056 | $ 2,566 |
| Mgmt | $ 22,368 | $ 13,897 | $ 21,687 | $ 20,214 | $ 24,293 | $ 30,459 | $ 47,613 | $ 28,537 | $ 21,822 | $ 32,217 | $ 27,693 | $ 21,440 |
| Pest | $ 360 | $ 360 | $ 360 | $ 340 | $ 340 | $ 340 | $ 340 | $ 340 | $ 340 | $ 340 | $ 340 | $ 340 |
| Wat Sew | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,320 | $ 1,360 | $ 1,360 | $ 1,360 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 |
| Supp | $ 612 | $ 595 | $ 648 | $ 623 | $ 528 | $ 564 | $ 577 | $ 529 | $ 492 | $ 561 | $ 605 | $ 595 |
| Taxes | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 2,769 | $ 9,269 | $ 3,269 | $ 34,719 | $ 10,889 | $ 2,769 |
| Util | $ 9,380 | $ 9,060 | $ 8,960 | $ 5,990 | $ 4,570 | $ 5,600 | $ 6,350 | $ 6,340 | $ 5,950 | $ 4,720 | $ 4,970 | $ 6,530 |
| Cable/Int | $ 5,050 | $ 5,050 | $ 5,050 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 |
| Household | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 11,626 | $ 8,626 | $ 9,596 | $ 9,096 | $ 8,696 |
| Rent | $ 92,418 | $ 94,964 | $104,595 | $151,544 | $101,853 | $160,146 | $179,260 | $170,952 | $ 90,872 | $126,656 | $111,863 | $ 91,990 |
| Monthly Cash | $ (35,365) | $(16,763) | $ 797 | $ 53,314 | $ (7,462) | $ 54,242 | $ 46,409 | $ 64,863 | $ (35,485) | $ (12,895) | $ 530 | $ (31,189) |



2 Year History- Household Expenses

Legend: Misc, Ent/Pers, Auto Gas, Utilities, Home Ins, Auto Ins, HOA, Prop Taxes, Prop Taxes, Medical, P&I, Maint, Food, Internet, Phone

2

Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 2 of 10

| | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Household | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 8,466 | $ 10,966 | $ 8,466 | $ 9,366 | $ 8,866 | $ 8,466 |
| Misc | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Ent/Pers | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Auto Gas | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Utilities | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 |
| Home Ins | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 | $ 280 |
| Auto Ins | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 |
| HOA | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Prop Taxes | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 |
| Prop Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500 | $ - | $ 900 | $ 400 | $ - |
| Medical | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 |
| P&I | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 |
| Maint | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Food | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Internet | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 |
| Phone | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 |

| | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Household | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 8,626 | $ 11,626 | $ 8,626 | $ 9,596 | $ 9,096 | $ 8,696 |
| Misc | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Ent/Pers | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Auto Gas | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Utilities | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 |
| Home Ins | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 |
| Auto Ins | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 150 | $ 150 | $ 150 |
| HOA | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Prop Taxes | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 |
| Prop Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,000 | $ - | $ 900 | $ 400 | $ - |
| Medical | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| P&I | $ 4,614 | $ 4,614 | $ 4,614 | $ 4,614 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 |
| Maint | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Food | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Internet | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 |
| Phone | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 |

3





Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 4 of 10



Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 5 of 10

| 2015 | Rent | P&I | Mgmt | Insurance | Taxes | Utilities | HOA | Maint/Rep | Net |
|---|---|---|---|---|---|---|---|---|---|
| Hemlock | 26,500 | 16,435 | 2,120 | 357 | 4,220 | 200 | 3,900 | 3,068 | -3,799 |
| Pt Hueneme | 25,800 | 22,310 | 2,064 | 1,554 | 4,617 | 200 | 3,180 | 2,964 | -11,089 |
| Los Mochis | 15,900 | 5,991 | 1,272 | 243 | 3,052 | 200 | 4,440 | 1,410 | -708 |
| Strand | 40,000 | 39,673 | 10,000 | 7,800 | 5,230 | 6,400 | 7,800 | 2,397 | -39,300 |
| Bangor | 22,200 | 19,105 | 0 | 1,440 | 3,840 | 200 | 0 | 1,982 | -4,367 |
| Navarra | 15,780 | 13,244 | 1,262 | 243 | 3,050 | 200 | 3,540 | 1,766 | -7,526 |
| Ketch | 21,000 | 18,809 | 1,680 | 0 | 4,425 | 800 | 3,900 | 2,878 | -11,492 |
| Ponce | 9,540 | 2,988 | 0 | 0 | 1,400 | 100 | 4,380 | 1,019 | -347 |
| Bulter 19 | 18,375 | 10,872 | 4,594 | 240 | 2,400 | 7,200 | 5,100 | 1,924 | -13,955 |
| Bulter 16 | 18,375 | 10,176 | 4,594 | 240 | 2,400 | 6,660 | 5,100 | 1,631 | -12,426 |
| 1245 Hill Street | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1245 Grant Street | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Carol Park | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Lots A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Lots B | 32,197 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32,197 |
| 122 | 5,030 | 13,200 | 0 | 1,200 | 0 | 0 | 0 | 9,143 | -18,513 |
| Oshaghnessey | 0 | 4,920 | 0 | 1,200 | 0 | 0 | 0 | 574 | -6,694 |
| Highlands | 0 | 8,124 | 0 | 1,800 | 0 | 0 | 0 | 448 | -10,372 |
| Eustis | 0 | 12,360 | 0 | 3,000 | 0 | 0 | 0 | 681 | -16,041 |
| Lot2 | 0 | 897 | 0 | 0 | 0 | 0 | 720 | 0 | -1,617 |
| Lot10 | 0 | 1,346 | 0 | 0 | 0 | 0 | 720 | 0 | -2,066 |
| Lot14 | 0 | 1,794 | 0 | 0 | 0 | 0 | 720 | 0 | -2,514 |
| Lot51 | 0 | 1,346 | 0 | 0 | 0 | 0 | 720 | 0 | -2,066 |
| Lot58 | 0 | 561 | 0 | 0 | 0 | 0 | 720 | 0 | -1,281 |
| Lot59 | 0 | 987 | 0 | 0 | 0 | 0 | 720 | 0 | -1,707 |
| Lot60 | 0 | 852 | 0 | 0 | 0 | 0 | 720 | 0 | -1,572 |
| Lot61 | 0 | 561 | 0 | 0 | 0 | 0 | 720 | 0 | -1,281 |
| Lot62 | 0 | 673 | 0 | 0 | 0 | 0 | 720 | 0 | -1,393 |
| TRS 38,39 | 0 | 3,140 | 0 | 0 | 0 | 0 | 0 | 0 | -3,140 |
| Parcel 001AB | 0 | 7,849 | 0 | 0 | 0 | 0 | 0 | 0 | -7,849 |
| 4973 | 6,250 | 2,615 | 375 | 240 | 0 | 100 | 1,200 | 819 | 902 |
| 4956 | 5,550 | 3,688 | 333 | 240 | 0 | 100 | 1,440 | 706 | -957 |
| 4961 | 0 | 3,688 | 0 | 240 | 0 | 100 | 1,440 | 916 | -6,384 |
| 4964 | 8,450 | 3,688 | 507 | 240 | 0 | 100 | 1,440 | 876 | 1,599 |
| 4970 | 8,950 | 3,688 | 537 | 240 | 0 | 100 | 1,440 | 730 | 2,216 |
| 4983 | 8,400 | 3,688 | 504 | 240 | 0 | 100 | 1,440 | 797 | 1,631 |
| 4987 | 6,841 | 3,688 | 410 | 240 | 0 | 100 | 1,440 | 870 | 93 |
| 5022 | 6,600 | 3,688 | 396 | 240 | 0 | 100 | 1,440 | 751 | -15 |
| 5024 | 8,843 | 3,688 | 531 | 240 | 0 | 100 | 1,440 | 812 | 2,032 |
| 5027 | 6,700 | 2,615 | 402 | 240 | 0 | 100 | 1,200 | 765 | 1,378 |
| 5035 | 5,468 | 3,688 | 328 | 240 | 0 | 100 | 1,440 | 618 | -946 |
| 5131 | 6,319 | 2,615 | 379 | 240 | 0 | 100 | 1,200 | 879 | 906 |
| 6644-A | 6,825 | 3,956 | 410 | 240 | 0 | 100 | 1,800 | 686 | -366 |
| 1126 | 10,200 | 7,308 | 612 | 0 | 0 | 600 | 0 | 1,071 | 609 |
| 5044 | 7,800 | 3,688 | 117 | 60 | 0 | 0 | 1,440 | 235 | 2,261 |
| 161 | 6,600 | 6,168 | 0 | 920 | 0 | 100 | 1,920 | 1,029 | -3,537 |
| 102 | 875 | 7,308 | 53 | 1,200 | 0 | 100 | 744 | 1,234 | -9,764 |
| 107 | 3,400 | 7,375 | 204 | 1,100 | 0 | 100 | 744 | 957 | -7,081 |
| 129 | 7,940 | 7,375 | 476 | 1,100 | 0 | 100 | 744 | 1,263 | -3,119 |
| 1519 | 8,340 | 6,034 | 500 | 850 | 0 | 100 | 0 | 866 | -11 |
| Lot63 | 0 | 832 | 0 | 0 | 300 | 0 | 720 | 0 | -1,852 |
| Lot32 | 0 | 681 | 0 | 0 | 300 | 0 | 720 | 0 | -1,701 |
| Lot33 | 0 | 681 | 0 | 0 | 300 | 0 | 720 | 0 | -1,701 |
| Lot3 | 0 | 1,324 | 0 | 0 | 300 | 0 | 720 | 0 | -2,344 |
| Lot54 | 0 | 567 | 0 | 0 | 300 | 0 | 720 | 0 | -1,587 |
| Lot57 | 0 | 1,135 | 0 | 0 | 300 | 0 | 720 | 0 | -2,155 |

6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Lot49** | 0 | 1,324 | 0 | 0 | 300 | 0 | 720 | 0 | -2,344 |
| **Lot50** | 0 | 1,135 | 0 | 0 | 300 | 0 | 720 | 0 | -2,155 |
| **Lot52** | 0 | 757 | 0 | 0 | 300 | 0 | 720 | 0 | -1,777 |
| **Constitution** | 14,400 | 7,568 | 0 | 1,160 | 2,700 | 100 | 1,800 | 1,579 | -507 |
| **Whipporwill** | 18,500 | 8,703 | 1,480 | 1,400 | 2,700 | 100 | 0 | 1,614 | 2,503 |
| **3013** | 48,269 | 12,720 | 14,481 | 1,200 | 0 | 7,020 | 0 | 2,010 | 10,838 |
| **3015** | 47,508 | 12,720 | 14,252 | 1,200 | 0 | 6,870 | 0 | 1,687 | 10,779 |
| **2613** | 39,207 | 12,720 | 11,762 | 1,200 | 0 | 6,870 | 0 | 2,134 | 4,521 |
| **314** | 83,825 | 27,204 | 25,148 | 1,800 | 0 | 10,980 | 0 | 3,137 | 15,557 |
| **2611** | 40,296 | 10,200 | 12,089 | 1,200 | 0 | 6,870 | 0 | 1,860 | 8,077 |
| **2617** | 39,130 | 10,200 | 11,739 | 1,200 | 0 | 6,870 | 0 | 2,010 | 7,111 |
| **2322** | 39,783 | 10,200 | 11,935 | 1,200 | 0 | 6,870 | 0 | 1,918 | 7,660 |
| **Tekoa** | 96,016 | 29,412 | 28,805 | 2,200 | 0 | 9,000 | 0 | 3,178 | 23,421 |
| **Beuna Vista** | 52,081 | 15,600 | 15,624 | 1,400 | 0 | 7,450 | 0 | 2,530 | 9,477 |
| **218** | 83,135 | 13,200 | 24,940 | 1,600 | 0 | 11,880 | 0 | 3,368 | 28,146 |
| **2402** | 38,560 | 8,940 | 15,424 | 1,200 | 0 | 7,470 | 1,800 | 2,023 | 1,703 |
| **2048** | 38,560 | 8,940 | 15,424 | 1,200 | 0 | 7,470 | 1,800 | 2,104 | 1,622 |
| **3053** | 44,982 | 8,940 | 13,495 | 1,200 | 0 | 6,870 | 0 | 1,826 | 12,651 |
| **3047** | 45,262 | 8,940 | 13,579 | 1,200 | 0 | 6,870 | 0 | 1,647 | 13,026 |
| **2937** | 38,863 | 8,940 | 11,659 | 1,200 | 0 | 6,870 | 0 | 2,083 | 8,111 |
| **2939** | 40,402 | 8,940 | 12,121 | 1,200 | 0 | 6,870 | 0 | 2,083 | 9,188 |
| **3049** | 40,836 | 8,940 | 12,251 | 1,200 | 0 | 6,870 | 0 | 1,348 | 10,228 |
| **3010** | 41,386 | 8,940 | 12,416 | 1,200 | 0 | 6,870 | 0 | 1,550 | 10,410 |
| **Lot1 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot2 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot3 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot4 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot5 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot6 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot7 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot8 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot9 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot10 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot11 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot12 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot13 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot14 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot15 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot16 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot17 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot18 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot19 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot20 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot21 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot22 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot23 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot24 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot25 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot26 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot27 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot28 HB** | 0 | 388 | 0 | 0 | 70 | 0 | 0 | 0 | -458 |
| **Lot29 HB** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot1 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot2 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot3 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot4 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot5 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |

Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 7 of 10

| | | | | | | | | | |
|---|--:|--:|--:|--:|--:|--:|--:|--:|--:|
| **Lot6 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot7 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot8 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot9 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot10 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot11 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot12 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot13 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot14 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot15 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot16 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **Lot17 LC** | 0 | 378 | 0 | 0 | 70 | 0 | 0 | 0 | -448 |
| **JohnWesley#A** | 13,600 | 17,369 | 0 | 0 | 4,700 | 1,860 | 2,400 | 1,292 | -14,021 |
| **Forsyth 4c** | 9,845 | 9,328 | 0 | 0 | 1,400 | 0 | 5,400 | 774 | -7,056 |
| **Morgantown** | 0 | 33,258 | 0 | 0 | 3,800 | 0 | 1,440 | 0 | -38,498 |
| **Forsyth 3D** | 11,700 | 0 | 0 | 0 | 1,400 | 0 | 2,400 | 623 | 7,277 |
| **Lot 4** | 0 | 0 | 0 | 0 | 300 | 0 | 720 | 0 | -1,020 |
| **Lot71** | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| **Lot72** | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| **Lot75** | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| **Lot76** | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| **Conasauga1** | 0 | 0 | 0 | 0 | 160 | 0 | 0 | 0 | -160 |
| **Conasauga2** | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | -200 |
| **Conasauga3** | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | -200 |
| **OxbowCt** | 0 | 0 | 0 | 0 | 500 | 0 | 600 | 0 | -1,100 |
| **O'hara** | 0 | 0 | 0 | 0 | 900 | 0 | 0 | 0 | -900 |
| **Total** | 1,170,474 | 497,941 | 294,884 | 42,390 | 30,120 | 155,160 | 68,352 | 75,661 | 5,966 |

| 2016 | Rent | P&I | Mgmt | Insurance | Taxes | Utilities | HOA | Maint/Rep | Net |
|---|--:|--:|--:|--:|--:|--:|--:|--:|--:|
| **Hemlock** | 27,000 | 6,676 | 2,160 | 357 | 4,220 | 200 | 3,900 | 3,068 | 6,419 |
| **Pt Hueneme** | 26,250 | 8,094 | 2,100 | 1,554 | 4,617 | 200 | 3,180 | 2,964 | 3,541 |
| **Los Mochis** | 17,275 | 2,272 | 1,382 | 243 | 3,052 | 200 | 4,440 | 1,240 | 4,446 |
| **Strand** | 40,000 | 14,071 | 10,000 | 7,800 | 5,230 | 7,000 | 7,800 | 2,397 | -14,297 |
| **Bangor** | 22,200 | 6,431 | 0 | 1,440 | 3,840 | 200 | 0 | 1,982 | 8,307 |
| **Navarra** | 15,900 | 4,789 | 1,262 | 243 | 3,050 | 200 | 3,540 | 1,766 | 1,050 |
| **Ketch** | 17,500 | 7,068 | 1,400 | 0 | 4,425 | 800 | 3,900 | 2,878 | -2,970 |
| **Ponce** | 9,540 | 2,988 | 0 | 0 | 1,400 | 100 | 4,380 | 1,019 | -347 |
| **Bulter 19** | 18,798 | 10,872 | 4,699 | 240 | 2,400 | 7,200 | 5,100 | 1,924 | -13,638 |
| **Bulter 16** | 18,798 | 10,176 | 4,699 | 240 | 2,400 | 6,660 | 5,100 | 1,631 | -12,109 |
| **1245 Hill Street** | 39,335 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,335 |
| **1245 Grant Street** | 66,251 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66,251 |
| **Carol Park** | 54,787 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,787 |
| **4 Lots A** | 26,965 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,965 |
| **4 Lots B** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **122** | 14,289 | 3,300 | 0 | 300 | 0 | 0 | 0 | 1,600 | 9,089 |
| **Oshaghnessey** | 0 | 4,920 | 0 | 1,200 | 0 | 0 | 0 | 574 | -6,694 |
| **Highlands** | 0 | 8,124 | 0 | 1,800 | 0 | 0 | 0 | 448 | -10,372 |
| **Eustis** | 0 | 12,360 | 0 | 3,000 | 0 | 0 | 0 | 681 | -16,041 |
| **Lot2** | 0 | 897 | 0 | 0 | 0 | 0 | 720 | 0 | -1,617 |
| **Lot10** | 0 | 1,346 | 0 | 0 | 0 | 0 | 720 | 0 | -2,066 |
| **Lot14** | 0 | 1,794 | 0 | 0 | 0 | 0 | 720 | 0 | -2,514 |
| **Lot51** | 0 | 1,346 | 0 | 0 | 0 | 0 | 720 | 0 | -2,066 |
| **Lot58** | 0 | 561 | 0 | 0 | 0 | 0 | 720 | 0 | -1,281 |
| **Lot59** | 0 | 987 | 0 | 0 | 0 | 0 | 720 | 0 | -1,707 |
| **Lot60** | 0 | 852 | 0 | 0 | 0 | 0 | 720 | 0 | -1,572 |
| **Lot61** | 0 | 561 | 0 | 0 | 0 | 0 | 720 | 0 | -1,281 |

Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 8 of 10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lot62 | 0 | 673 | 0 | 0 | 0 | 0 | 720 | 0 | -1,393 |
| TRS 38,39 | 0 | 3,140 | 0 | 0 | 0 | 0 | 0 | 0 | -3,140 |
| Parcel 001AB | 0 | 7,849 | 0 | 0 | 0 | 0 | 0 | 0 | -7,849 |
| 4973 | 6,150 | 2,615 | 369 | 240 | 0 | 100 | 1,200 | 819 | 808 |
| 4956 | 4,793 | 3,688 | 288 | 240 | 0 | 100 | 1,440 | 706 | -1,669 |
| 4961 | 4,725 | 3,688 | 284 | 240 | 0 | 100 | 1,440 | 916 | -1,942 |
| 4964 | 8,450 | 3,688 | 507 | 240 | 0 | 100 | 1,440 | 876 | 1,599 |
| 4970 | 0 | 3,688 | 0 | 240 | 0 | 100 | 1,440 | 730 | -6,197 |
| 4983 | 6,747 | 3,688 | 405 | 240 | 0 | 100 | 1,440 | 797 | 77 |
| 4987 | 7,800 | 3,688 | 468 | 240 | 0 | 100 | 1,440 | 870 | 994 |
| 5022 | 6,500 | 3,688 | 390 | 240 | 0 | 100 | 1,440 | 751 | -109 |
| 5024 | 5,535 | 3,688 | 332 | 240 | 0 | 100 | 1,440 | 812 | -1,077 |
| 5027 | 3,399 | 2,615 | 204 | 240 | 0 | 100 | 1,200 | 765 | -1,725 |
| 5035 | 0 | 3,688 | 0 | 240 | 0 | 100 | 1,440 | 618 | -6,086 |
| 5131 | 6,339 | 2,615 | 380 | 240 | 0 | 100 | 1,200 | 879 | 925 |
| 6644-A | 3,150 | 3,956 | 189 | 240 | 0 | 100 | 1,800 | 686 | -3,820 |
| 1126 | 10,200 | 7,308 | 612 | 0 | 0 | 600 | 0 | 1,071 | 609 |
| 5044 | 2,600 | 3,688 | 0 | 0 | 0 | 0 | 1,440 | 0 | -2,528 |
| 161 | 6,600 | 6,168 | 0 | 920 | 0 | 100 | 1,920 | 1,029 | -3,537 |
| 102 | 5,650 | 7,308 | 339 | 1,200 | 0 | 100 | 744 | 1,234 | -5,275 |
| 107 | 4,902 | 7,375 | 294 | 1,100 | 0 | 100 | 744 | 957 | -5,669 |
| 129 | 9,540 | 7,375 | 572 | 1,100 | 0 | 100 | 744 | 1,263 | -1,615 |
| 1519 | 8,479 | 6,034 | 509 | 850 | 0 | 100 | 0 | 866 | 120 |
| Lot63 | 0 | 277 | 0 | 0 | 300 | 0 | 720 | 0 | -1,297 |
| Lot32 | 0 | 227 | 0 | 0 | 300 | 0 | 720 | 0 | -1,247 |
| Lot33 | 0 | 227 | 0 | 0 | 300 | 0 | 720 | 0 | -1,247 |
| Lot3 | 0 | 441 | 0 | 0 | 300 | 0 | 720 | 0 | -1,461 |
| Lot54 | 0 | 189 | 0 | 0 | 300 | 0 | 720 | 0 | -1,209 |
| Lot57 | 0 | 378 | 0 | 0 | 300 | 0 | 720 | 0 | -1,398 |
| Lot49 | 0 | 441 | 0 | 0 | 300 | 0 | 720 | 0 | -1,461 |
| Lot50 | 0 | 378 | 0 | 0 | 300 | 0 | 720 | 0 | -1,398 |
| Lot52 | 0 | 252 | 0 | 0 | 300 | 0 | 720 | 0 | -1,272 |
| Constitution | 14,400 | 2,523 | 0 | 1,160 | 2,700 | 100 | 1,800 | 1,579 | 4,538 |
| Whipporwill | 18,500 | 2,901 | 1,480 | 1,400 | 2,700 | 100 | 0 | 1,614 | 8,305 |
| 3013 | 40,912 | 12,720 | 12,274 | 1,200 | 950 | 7,020 | 0 | 2,010 | 4,738 |
| 3015 | 44,898 | 12,720 | 13,469 | 1,200 | 950 | 6,870 | 0 | 1,687 | 8,002 |
| 2613 | 40,282 | 12,720 | 12,085 | 1,200 | 950 | 6,870 | 0 | 2,134 | 4,324 |
| 314 | 99,863 | 27,204 | 29,959 | 1,800 | 2,100 | 10,980 | 0 | 3,137 | 24,683 |
| 2611 | 39,619 | 10,200 | 11,886 | 1,200 | 950 | 6,870 | 0 | 1,860 | 6,653 |
| 2617 | 38,047 | 10,200 | 11,414 | 1,200 | 950 | 6,870 | 0 | 2,010 | 5,403 |
| 2322 | 35,008 | 10,200 | 10,502 | 1,200 | 950 | 6,870 | 0 | 1,918 | 3,367 |
| Tekoa | 106,091 | 29,412 | 31,827 | 2,200 | 2,400 | 9,000 | 0 | 3,178 | 28,073 |
| Beuna Vista | 50,081 | 15,600 | 15,024 | 1,400 | 1,400 | 7,450 | 0 | 2,530 | 6,677 |
| 218 | 92,231 | 13,200 | 27,669 | 1,600 | 1,900 | 11,880 | 0 | 3,368 | 32,613 |
| 2402 | 43,380 | 8,940 | 17,352 | 1,200 | 1,050 | 7,470 | 1,800 | 2,023 | 3,545 |
| 2048 | 43,380 | 8,940 | 17,352 | 1,200 | 1,050 | 7,470 | 1,800 | 2,104 | 3,464 |
| 3053 | 42,461 | 1,490 | 12,738 | 1,200 | 950 | 6,870 | 0 | 1,826 | 17,386 |
| 3047 | 48,060 | 1,490 | 14,418 | 1,200 | 950 | 6,870 | 0 | 1,647 | 21,485 |
| 2937 | 40,499 | 1,490 | 12,150 | 1,200 | 950 | 6,870 | 0 | 2,083 | 15,756 |
| 2939 | 4,866 | 1,490 | 1,460 | 0 | 0 | 2,125 | 0 | 502 | -711 |
| 3049 | 41,295 | 1,490 | 12,388 | 1,200 | 950 | 6,870 | 0 | 1,348 | 17,049 |
| 3010 | 43,157 | 1,490 | 12,947 | 1,200 | 950 | 6,870 | 0 | 1,550 | 18,150 |
| Lot1 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot2 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot3 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot4 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot5 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |

Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 9 of 10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lot6 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot7 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot8 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot9 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot10 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot11 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot12 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot13 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot14 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot15 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot16 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot17 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot18 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot19 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot20 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot21 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot22 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot23 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot24 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot25 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot26 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot27 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot28 HB | 0 | 238 | 0 | 0 | 70 | 0 | 0 | 0 | -308 |
| Lot29 HB | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot1 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot2 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot3 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot4 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot5 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot6 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot7 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot8 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot9 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot10 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot11 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot12 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot13 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot14 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot15 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot16 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| Lot17 LC | 0 | 232 | 0 | 0 | 70 | 0 | 0 | 0 | -302 |
| JohnWesley#A | 0 | 10,660 | 0 | 0 | 4,700 | 1,860 | 2,400 | 1,292 | -20,912 |
| Forsyth 4c | 11,940 | 5,725 | 0 | 0 | 1,400 | 0 | 5,400 | 774 | -1,358 |
| Morgantown | 0 | 20,411 | 0 | 0 | 3,800 | 0 | 1,440 | 0 | -25,651 |
| Forsyth 3D | 11,700 | 0 | 0 | 0 | 1,400 | 0 | 2,400 | 623 | 7,277 |
| Lot 4 | 0 | 0 | 0 | 0 | 300 | 0 | 720 | 0 | -1,020 |
| Lot71 | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| Lot72 | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| Lot75 | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| Lot76 | 0 | 0 | 0 | 0 | 110 | 0 | 720 | 0 | -830 |
| Conasauga1 | 0 | 0 | 0 | 0 | 160 | 0 | 0 | 0 | -160 |
| Conasauga2 | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | -200 |
| Conasauga3 | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | -200 |
| OxbowCt | 0 | 0 | 0 | 0 | 500 | 0 | 600 | 0 | -1,100 |
| O'hara | 0 | 0 | 0 | 0 | 900 | 0 | 0 | 0 | -900 |
| Total | 1,477,113 | 449,268 | 312,239 | 51,867 | 80,304 | 159,315 | 99,492 | 83,616 | 241,012 |

Case 16-81412-CRJ11    Doc 320-1    Filed 02/01/17    Entered 02/01/17 11:00:20    Desc
Exhibit D    Page 10 of 10