```
                         United States Bankruptcy Court
                          Northern District of Alabama
In re:                                                           Case No. 16-81412-CRJ
Michael G. Dombrowski                                            Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-8         User: dhamlin              Page 1 of 1        Date Rcvd: May 02, 2017
                             Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9077252          +E-mail/Text: synovusbankruptcy@synovus.com May 03 2017 01:34:58      First Commercial Bank,
           a Division of Synovus Bank,   800 Shades Creek Parkway,   Birmingham, AL 35209-4532
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              Bradley Richard Hightower    on behalf of Creditor    First Commercial Bank, Division of Synovus
               Bank brhightower@csattorneys.com,    brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Creditor    PNL SV, LLC brhightower@csattorneys.com,
               brad--hightower-1605@ecf.pacerpro.com
              Chad Wayne Ayres    on behalf of Creditor    Progress Bank cayres@wilmerlee.com
              Charles Paul Davis    on behalf of Creditor    Cornerstone Bank pdavis@cpdlaw.com,
               lyoung@cpdlaw.com;jgrayson@cpdlaw.com;mbeach@cpdlaw.com
              Daniel D Sparks    on behalf of Creditor    PNL SV, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank
               ddsparks@csattorneys.com,    dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    Synovus Bank ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Diane C Murray    on behalf of Creditor    SETERUS, INC. ndbankruptcy@sirote.com
              Eric J. Breithaupt    on behalf of Creditor    United Community Bank ebreithaupt@stites.com,
               ayarborough@stites.com
              Goodman G. Ledyard    on behalf of Creditor    BANK OF AMERICA, N.A. gledyard@pierceledyard.com,
               sweiss@pierceledyard.com
              J Thomas Corbett     jtom_corbett@alnba.uscourts.gov,    courtmailbir11@alnba.uscourts.gov
              Joe A. Joseph    on behalf of Creditor    First Tennessee Bank National Association
               jjoseph@burr.com,    mivey@burr.com;dbutts@burr.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
              Ray  Uhrig    on behalf of Creditor    Cobblestone Condominium Assoc. ray@uhriglaw.com,
               paralegal@uhriglaw.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Richard M Blythe     Richard_Blythe@alnba.uscourts.gov,    courtmaildec@alnba.uscourts.gov
              S. Keith Eady    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ECFBKAL@rcolegal.com,    rcofilings@ecf.courtdrive.com;keady@ecf.courtdrive.com
              Stuart M Maples    on behalf of Creditor    Sevier County Bank smaples@mapleslawfirmpc.com,
               kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com
              Tazewell  Shepard    on behalf of Debtor Michael G. Dombrowski taze@ssmattorneys.com,
               cheryl@ssmattorneys.com;janelle@ssmattorneys.com
              Tazewell T Shepard    on behalf of Debtor Michael G. Dombrowski tshepard@ecf.epiqsystems.com,
               trustee@ssmattorneys.com;janelle@ssmattorneys.com
              Tazewell Taylor Shepard, IV    on behalf of Debtor Michael G. Dombrowski ty@ssmattorneys.com,
               janelle@ssmattorneys.com
                                                                                             TOTAL: 21

2100 B (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ALABAMA
Case No. 16-81412-CRJ11
Chapter 11

In re: Debtor(s) (including Name and Address)

Michael G. Dombrowski
200 Walker Avenue
Huntsville AL 35801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/02/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 10: First Commercial Bank, a Division of Synovus Bank, 800 Shades Creek Parkway, Birmingham, AL 35209 | PNL SV, LLC<br>2100 Ross Ave.<br>Suite 2900<br>Dallas, TX 75201 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/04/17

Joseph E. Bulgarella
**CLERK OF THE COURT**