# SCHEDULE OF HOA CHARGES PAST DUE

| *Property* | *Owning Entity* | *HOA Address* | *Amount Owed* |
|---|---|---|---|
| Rental Home<br>102 Briargate Ln<br>Madison AL, 35758 | Old Town Homes, LLC | Breckenridge Assn, Inc<br>100 Brownsridge Lane<br>Madison, AL 35758 | Claim No. 24-1<br>$5,841.00 |
| Rental Home<br>107 Briargate Ln<br>Madison AL, 35758 | Old Town Homes, LLC | Breckenridge Assn, Inc<br>100 Brownsridge Lane<br>Madison, AL 35758 | Included in<br>Claim No. 24-1 |
| Rental Home<br>129 Briargate Ln<br>Madison AL, 35758 | Old Town Homes, LLC | Breckenridge Assn, Inc<br>100 Brownsridge Lane<br>Madison, AL 35758 | Included in<br>Claim No. 24-1 |
| Rental Home<br>3422 Los Mochis Way<br>Oceanside, Ca 92056 | Michael Dombrowski | Seabreeze Condominium Owners<br>27051 Towne Centre Drive, Suite 200<br>Foothill Ranch, CA 92610 | $2,081.97 |
| Rental Home<br>1013 Constitution Way<br>Cumming, Ga 30040 | Michael Dombrowski | Liberty Community Association<br>c/o Lueder, Larkin, & Hunter, LLC<br>5900 Winward Parkway Suite 390<br>Alpharetta, GA 30005 | Claim No. 1-1<br>$3,158.54 |
| Rental Home<br>95 Forsyth Street SW #3D<br>Atlanta, Ga 30303 | Michael Dombrowski | Somar Lofts COA<br>95 Forsyth Street # 6A<br>Atlanta, GA 30303 | $675.00 |
| Rental Home<br>3053 Legacy Vista Dr<br>Sevierville, TN 37876 | MGD RR3, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>3047 Legacy Vista Dr<br>Sevierville, TN 37876 | MGD RR3, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>2937 Legacy Vista Dr<br>Sevierville, TN 37876 | MGD RR3, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>3049 Legacy Vista Dr<br>Sevierville, TN 37876 | MGD RR3, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>3010 Legacy Vista Dr<br>Sevierville, TN 37876 | MGD RR3, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>3013 Legacy Vista Dr<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>3015 Legacy Vista Dr<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>2611 Mountain Glory<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |

| Property | Owner | HOA/POA | Amount |
|---|---|---|---|
| Rental Home<br>2613 Mountain Glory<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>2617 Mountain Glory<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Rental Home<br>2322 Top of The World<br>Sevierville, TN 37876 | Blue Mountain Properties, LLC | Legacy Mountain HOA<br>PO Box 10686<br>Knoxvile, TN 37939 | $1,008.00 |
| Vacant Lot<br>Morgantown Beach Lot<br>Gulf Shores, AL | Michael Dombrowski | Morgantown POA<br>P. O. Box 1626<br>Gulf Shores, AL 36547 | $1,026.00 |
| 1 Vacant Lot<br>Oxbow Ct #261<br>Kingsland, GA 31548 | East Coast Properties, LLC | Northshore GA POA<br>PO Box 5237<br>St May's, GA 31558 | $837.30 |
| Vacant Home<br>148 Bridletrace Ln<br>Madison AL, 35758 | Old Town Homes, LLC | Breckenridge Assn, Inc<br>100 Brownsridge Lane<br>Madison, AL 35758 | $1,500.00 |
| 14 Homes<br>Seven Pine Circle<br>Huntsville, AL 35816 | MCA Properties, LLC | Cobblestone Condo Assn<br>P.O. Box 22116<br>Huntsville, AL 35814 | Claim No. 9-1<br>$15,803.00 |
| Vacant Home<br>5044 Seven Pine Cr<br>Huntsville, AL, 35816 | MCA Properties, LLC | Cobblestone Condo Assn<br>P.O. Box 22116<br>Huntsville, AL 35814 | Included in Claim No. 9-1 |
| **Totals** | | | $ 35,608.27 |