## Schedule of Real Estate Owned - Michael

| Property | Ownership | Financer ‡ | Mortgage Balance† | Valuation |
|---|---|---|---|---|
| Primary Residence<br>200 Walker Ave<br>Huntsville, Al 35801 | Michael and Charlotte | Seterus (3) | $ 372,261.04 | $ 550,000.00 |
| Lot Appertenant to Residence<br>198 Walker Ave<br>Huntsville, AL, 35801 | Michael G Dombrowski | Progress (1) | $ 61,331.00 | $ 100,000.00 |
| 1 BR Rental Home<br>4973 Seven Pine Cr<br>Huntsville, AL, 35816 | Michael G Dombrowski | Progress (1) | $ 23,000.00 | $ 39,000.00 |
| 4 BR Rental Home<br>3621 Ketch<br>Oxnard, Ca 93035 | Michael G Dombrowski | Seterus (4) | $ 232,224.17 | $ 550,000.00 |
| 3 BR Rental Home<br>3422 Los Mochis Way<br>Oceanside, Ca 92056 | Michael G Dombrowski | Seterus (2) | $ 75,787.86 | $ 220,000.00 |
| 2 BR Rental Home<br>2564 Navarra Dr #115<br>Carlsbad Ca 92009 | Michael G Dombrowski | Seterus (6) | $ 152,526.62 | $ 250,000.00 |
| 5 BR Rental Home<br>3565 Hemlock<br>Oxnard, Ca 93035 | Michael G Dombrowski | Bank of America (2) | $ 240,385.06 | $ 590,000.00 |
| 3 BR Rental Home<br>549 E Port Hueneme<br>Port Hueneme, Ca 93041 | Michael G Dombrowski | Bank of America (1) | $ 267,578.79 | $ 575,000.00 |
| 3 BR Rental Home<br>1701 Strand, Unit 8<br>Tybee Island Ga 31328 | Michael G Dombrowski | Seterus (1) | $ 352,346.94 | $ 450,000.00 |
| 3 BR Rental Home<br>1415 Bulter Aver Unit 16<br>Tybee Island Ga 31328 | Michael G Dombrowski | Cornerstone (2) | $ 175,000.00 | $ 250,000.00 |
| 4 BR Rental Home<br>1013 Constitution Way<br>Cumming, Ga 30040 | Michael G Dombrowski | Synovus (1) | $ 150,000.00 | $ 250,000.00 |
| 4 BR Rental Home<br>1013 Constitution Way<br>Cumming, Ga 30040 | Michael G Dombrowski | Piedmont Lending (1) | $ 25,000.00 | $ 250,000.00 |
| 5 BR Rental Home<br>2520 Bangor CT<br>Snellville, Ga 30078 | Michael G Dombrowski | Seterus (5) | $ 191,724.97 | $ 320,000.00 |
| 6 BR Rental Home<br>130 Whipporwill Dr<br>Oxford, Ga | Michael G Dombrowski | Piedmont Lending (1) | $ 150,000.00 | $ 220,000.00 |
| Vacant Lot<br>Morgantown Beach Lot<br>Gulf Shores, AL | Michael G Dombrowski (1) | Synovus (1) | $ 314,000.00 | $ 450,000.00 |
| 1 BR Rental Home<br>95 Forsyth Street SW #3D<br>Atlanta, Ga 30303 | Michael G Dombrowski (2) | Synovus (1) | $ 20,000.00 | $ 100,000.00 |
| Totals | | | $ 2,803,166.45 | $ 5,164,000.00 |

‡ Financer information is provided in a separate exhibit. In many cases the Financer has cross colateralized one mortgage against multiple properties. For example, all properties with 'Synovus (1)' listed as the Financer are cross colaterilized against one mortgage identified as 'Synovus (1)' on the additional exhibit.

†In cases where multiple properties cross colaterilize a single note the mortgage balance is estimated by distributing the gross loan balance based on best estimate of relative values. Values are based on last available appraisal or in the case of no appraisal, the purchase price, and then furthermore adjusted by known changes in the market.