IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Michael G. Dombrowski | ) | Case No.: 16-81412-CRJ-11 |
| | SSN: xxx−xx−4413 | ) | |
| | | ) | |
| | Debtor. | ) | CHAPTER 11 |

## AGREED ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM

On November 16, 2017, the Court entered an Order Scheduling Evidentiary Hearing on Debtor's Objection to Proof of Claim #24-1 of Creditor Breckenridge Association, Inc. ("Creditor") (Doc. 570). Prior to the Evidentiary Hearing, Debtor and Creditor jointly informed this Court that they have consensually resolved this Objection.

Based upon the agreement of the parties, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Debtor's Objection to Creditor's proof of claim is **SUSTAINED** and the Evidentiary Hearing scheduled on December 5, 2017 is hereby **VACATED**.

It is further **ORDERED, ADJUDGED** and **DECREED** that Creditor's claim for unpaid home owner association dues is amended as follows:

Creditor's approved claim, as of September 30, 2017, totaled $2,467.48 (the "Approved Claim"). This amount was collateralized in the following amounts across the below-listed real property units owned by Debtor and subject to Creditor's original filed proof of claim:

| Lot Number | Pre-Petition | Post-Petition |
|---|---|---|
| Lot 28 | $538.87 | $103.00 |
| Lot 50 | $538.87 | $103.00 |
| Lot 57 | $538.87 | $0.00 |
| Lot 97 | $538.87 | $103.00 |

Through either direct payments from the Debtor, or through the sale of collateral real property, Creditor has received total payments of $4,281.35 on its Approved Claim (the "Payments"). The Parties agree that Creditor will apply the Payments against its Approved Claim, resulting in a surplus of $1,814.27 in funds in Creditor's possession (the "Surplus"). Creditor will credit the Surplus in its internal accounting as equal prepayments against future assessments on Debtor's accounts for the real properties parcels located at 107 Briargate and 129 Briargate.

The Parties agree that the Creditor will reasonably assist Debtor with his pursuit of any and all state-law claims against Creditor's lawn care subcontractor.

Dated this the 29th day of November, 2017.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Drafted by: Tazewell T. Shepard IV, *Attorney for the Debtor*

Order Approved by: Adam C. Dauro, *Attorney for Creditor*