# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Michael G. Dombrowski, | ) | Case No.: 16-81412-CRJ-11 |
| SSN: xxx-xx-4413 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## FINAL APPLICATION FOR
## APPROVAL OF DEBTOR'S ATTORNEY FEES

COMES NOW Michael G. Dombrowski, as Chapter 11 Debtor (the "Debtor"), and Sparkman, Shepard, and Morris P.C., as Debtor's court-approved counsel (the "Debtor's Attorneys"), in conformity with 11 U.S.C. § 330 and FRBP Rule 2016(a), and respectfully show this Court as follows:

1. In this case, the Court has previously approved the following interim applications for fees and expenses of the Debtor's Attorneys (the "Approved Interim Fee Applications"):

| **Approval Date** | **Period** | **Fees** | **Expenses** | **Total Due** |
|---|---|---|---|---|
| 08/25/2016 | 03/02/16 – 07/08/16 | $21,093.50 | $ 1,938.26 | $23,031.76 |
| 10/20/2016 | 07/11/16 – 07/30/16 | $10,252.50 | $   325.00 | $10,577.50 |
| **Total** | | **$31,346.00** | **$2,263.26** | **$33,609.26** |
| **Payments to Date** | | **100%** | **100%** | **$33,609.26** |

2. On July 21, 2016, this Court granted the Debtor's Motion to Fix Procedure for Periodic Interim Allowance of Compensation and Reimbursement of Expenses for Chapter 11 Attorneys and on October 21, 2016, this Court amended its July 21, 2016 Order, establishing a Monthly Fee Notice procedure. Following is a list of the Notices of Monthly Compensation and Reimbursement of Expenses for Chapter 11 Debtors' Attorneys in this case which have not come before this Court for approval on an interim basis:

| **Notice Date** | **Period** | **Fees** | **Expenses** | **Total Due** |
|---|---|---|---|---|
| 10/31/2016 | August 2016 | $22,691.50 | $   202.75 | $22,894.25 |
| 11/09/2016 | September 2016 | $22,156.00 | $   135.10 | $22,291.10 |
| 11/28/2016 | October 2016 | $33,922.50 | $     0.00 | $33,922.50 |

| Date | Month | Fees | Expenses | Total |
|---|---|---|---|---|
| 04/11/2017 | November 2016 | $25,580.00 | $ 737.68 | $26,317.68 |
| 04/11/2017 | December 2016 | $14,921.00 | $ 1.99 | $14,922.99 |
| 04/11/2017 | January 2017 | $18,079.00 | $ 0.00 | $18,079.00 |
| 04/11/2017 | February 2017 | $10,678.50 | $ 2,602.05 | $13,280.55 |
| 04/18/2017 | March 2017 | $12,521.00 | $ 67.76 | $12,588.76 |
| 08/08/2017 | April 2017 | $ 9,683.50 | $ 115.25 | $ 9,798.75 |
| 08/08/2017 | May 2017 | $ 7,947.50 | $ 674.97 | $ 8,622.47 |
| 08/08/2017 | June 2017 | $12,237.50 | $ 126.96 | $12,364.46 |
| 08/16/2017 | July 2017 | $15,923.50 | $ 1,070.13 | $16,993.63 |
| 12/22/2017 | August 2017 | $24,999.50 | $ 1,023.42 | $26,022.92 |
| 12/22/2017 | September 2017 | $ 7,600.50 | $ 83.63 | $ 7,684.13 |
| **Total** | | **$238,941.50** | **$6,841.69** | **$245,783.19** |
| **Payments to Date** | | 80% | 100% | $197,994.89 |
| **Payment Amounts Held Back by the Debtor Pending Final Court Approval** | | 20% | 0% | $47,788.30 |

3. To date, no party has objected to Monthly Fee Notices or to the Debtor's Attorneys' approved Interim Fee Applications.

4. The Debtor's Attorneys have now performed all services on behalf of the bankruptcy estate for which they request compensation and reimbursement of expenses.

5. The Debtor and the Debtor's Attorneys request that this Court approve final compensation to the Debtor's Attorneys in the amount of $270,287.50 and reimbursement of expenses in the amount of $9,104.95 for services rendered to the Debtor's estate between March 2, 2016 and September 30, 2017.

WHEREFORE, the Debtor and the Debtor's Attorneys respectfully request that the Court enter an Order: approving final compensation to the Debtor's Attorneys in this matter in the amount of $270,287.50 and reimbursement of expenses in this matter totaling $9,104.95; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 9th day of May, 2019.

/s/ Tazewell T. Shepard
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: 256/512-9924
Fax: 256/512-9837

## CERTIFICATE OF SERVICE

    This is to certify that this the 9th day of May, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

                                                 */s/ Tazewell T. Shepard*
                                                 Tazewell T. Shepard