DIANE C. MURRAY
205-930-5257
dmurray@sirote.com



June 3, 2019

Tazewell Shepard
P.O. Box 19045
Huntsville, AL 35804

Michael G. Dombrowski
200 Walker Avenue
Huntsville, AL 35801

Re: Nationstar Mortgage LLC d/b/a Mr. Cooper
     Loan Number: xxxxxx5089
     Case Number: 16-81412-CRJ
     Property Address: 9266 Champ Cove, Theodore, Alabama 36582

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

A Motion for Relief filed on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER resulted in an Order issued by the Bankruptcy Court entered August 11, 2016.

A Notice of Default under the terms of the Order was issued on May 8, 2019. The Notice of Default was not timely cured.

Therefore, pursuant to the terms of the Bankruptcy Court's Order, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER considers the automatic stay concerning the above-described collateral to have been terminated due to the Debtors non-compliance.

Please be advised that NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH     BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727     BIRMINGHAM, ALABAMA 35255-5727

URL | *http://www.sirote.com*

B i r m i n g h a m   |   H u n t s v i l l e   |   M o b i l e

Tazewell Shepard
Michael G. Dombrowski

June 3, 2019
Page 2

Should you have any questions, please do not hesitate to contact us.

Sincerely,

*[signature: Enslen Crowe]*

**Diane C. Murray**
**Enslen Crowe**
FOR THE FIRM

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

LAW OFFICES AND MEDIATION CENTERS

2311 HIGHLAND AVENUE SOUTH     BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727     BIRMINGHAM, ALABAMA 35255-5727

URL  |  http://www.sirote.com

Birmingham  |  Huntsville  |  Mobile