# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL G. DOMBROWSKI | ) | CASE NO.: 16-81412-CRJ-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## DEBTOR'S OBJECTION TO CLAIM OF BANK OF AMERICA

COMES NOW Michael G. Dombrowski, as Chapter 11 Debtor-in-Possession ("Debtor"), and objects to the filed claim of Bank of America ("Creditor") [Claim # 17-1] on the grounds that follow:

1. The Creditor has not updated its proof of claim on file since it was originally filed, as required by the Debtor's confirmed Plan of Reorganization.

2. The Creditor has not recalculated its claim based on the revisions (term of years and interest rate) as required by the Debtor's confirmed Plan of Reorganization.

3. The Creditor has improperly charged interest, attorney's fees and other charges on its claim.

4. The Creditor has failed or refused to provide timely and correct monthly payment information to the Debtor, thus making it impossible for the Debtor to make Plan payments to this Creditor.

5. Creditor has refused to communicate with the Debtor concerning this claim.

WHEREFORE, premises considered, the Debtor requests that, upon notice and a hearing, this Honorable Court enter an Order: 1) requiring the Creditor to immediately correct, update and amend its proof of claim; 2) requiring the Creditor to immediately provide timely and correct

monthly payment information to the Debtor; and 3) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 3rd day of October, 2019.

        */s/ Tazewell T. Shepard*
        Tazewell T. Shepard
        Tazewell T. Shepard IV
        *Attorneys for Debtor-in-Possession*
        **SPARKMAN, SHEPARD & MORRIS, P.C.**
        P.O. Box 19045
        Huntsville, AL 35804
        Tel: (256) 512-9924

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 3rd day of October, 2019, served the foregoing objection on Donald M. Wright and Diane Murray, Attorneys for Creditor, Sirote & Permutt, PC, 2311 Highland Avenue South, Birmingham, AL 35205; Creditor Bank of America, P.O. Box 31785, Tampa, FL 33631; and Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

        */s/ Tazewell T. Shepard*
        Tazewell T. Shepard

Case 16-81412-CRJ11    Doc 758    Filed 10/03/19    Entered 10/03/19 10:08:43    Desc
Main Document    Page 2 of 2