# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

In re:                                         )
                                               )
MICHAEL G. DOMBROWSKI            )          CASE NO.: 16-81412-CRJ-11
                                               )
Debtor.                             )          CHAPTER 11
_____)

## DEBTOR'S OBJECTION TO CLAIM OF
## NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER

COMES NOW Michael G. Dombrowski, as Chapter 11 Debtor-in-Possession ("Debtor"), and objects to the filed claim of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") as assignee of Federal National Mortgage Association [Claim # 29-1, Doc. 722] on the grounds that follow:

1.      The Creditor has not updated its proof of claim on file since it was originally filed, as required by the Debtor's confirmed Plan of Reorganization.

2.      The Creditor has not recalculated its claim based on the revisions (term of years and interest rate) as required by the Debtor's confirmed Plan of Reorganization.

3.      The Creditor has improperly charged interest, attorney's fees and other charges on its claim.

4.      The Creditor has failed or refused to provide timely and correct monthly payment information to the Debtor, thus making it impossible for the Debtor to make Plan payments to this Creditor.

5.      Creditor has refused to communicate with the Debtor concerning this claim.

WHEREFORE, premises considered, the Debtor requests that, upon notice and a hearing, this Honorable Court enter an Order: 1) requiring the Creditor to immediately correct, update and amend its proof of claim; 2) requiring the Creditor to immediately provide timely and correct

monthly payment information to the Debtor; and 3) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 8th day of October, 2019.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
Tazewell T. Shepard IV
*Attorneys for Debtor-in-Possession*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924

## CERTIFICATE OF SERVICE

This is to certify that I have this 8th day of October, 2019, served the foregoing objection on Donald M. Wright and Diane Murray, Attorneys for Creditor, Sirote & Permutt, PC, 2311 Highland Avenue South, Birmingham, AL 35205; Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741; and Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

/s/ Tazewell T. Shepard
Tazewell T. Shepard