```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                              Case No. 16-81412-CRJ
Michael G. Dombrowski                                               Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin              Page 1 of 3              Date Rcvd: Oct 09, 2019
                              Form ID: van114          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Michael G. Dombrowski,    200 Walker Avenue,   Huntsville, AL 35801-4156
aty            +Robert C Goodrich,    Burr& Forman, LLP Nashville City Center,   511 Union Street Suite 2300,
                 Nashville, TN 37219-1756
aty            +Tazewell T. Shepard,    Sparkman, Shepard & Morris, P.C.,    P. O. Box 19045,
                 Huntsville, AL 35804-9045
cr             +BANK OF AMERICA, N.A.,    c/o Pierce Ledyard, PC,   P.O. Box 161389,   Mobile, AL 36616-2389
intp           +BSI Financial Services,    1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
op             +Benjamin P Wilson,    104 Jefferson Street,   STE 100,   Huntsville, AL 35801-5054
cr             +Breckenridge Association, Inc.,    100 Brownsridge Lane,   Madison, Al 35758-2406
cr             +Cobblestone Condominium Assoc.,    c/o Ray Uhrig,   2611 Artie St SW Suite 1,
                 Huntsville, AL 35805-4750
cr             +First Commercial Bank, Division of Synovus Bank,    % B. Hightower, D. Sparks,
                 Christian & Small LLP,    1800 Financial Center,   505 North 20th Street,
                 Birmingham, AL 35203-4633
cr             +First Tennessee Bank National Association,    Special Assets Group,   P.O. Box 28100,
                 Nashville, TN 37202-8100
r               Kris Powell,   Century 21 Meyer Real Estate,    1585 C Gulf Shores Parkway,
                 Gulf Shores, Al  36542
cr             +PNL SV, LLC,   % D. Sparks, B. Hightower,    1800 Financial Center,   505 N. 20th Street,
                 Birmingham, AL 35203-2605
cr             +Progress Bank,   c/o Chad W. Ayres,    P. O. Box 2168,   Huntsville, AL 35804-2168
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
cr             +Sevier County Bank,    c/o Stuart M Maples,   200 Clinton Ave West Ste 1000,
                 Huntsville, AL 35801-4919
cr             +Synovus Bank,   c/o Christian & Small LLP,    1800 Financial Center,   505 N. 20th Street,
                 Birmingham, AL 35203-4633
cr             +Tennessee Bank National Association,    c/o Thomas W. Lawless,   701 Broadway,
                 Nashville, TN 37203-3944
9005346        +American Express,    Customer Service,   P O Box 981535,   El Paso, TX 79998-1535
9005349        +Cobblestone Condo Assn,    P O Box 22116,   Huntsville, AL 35814-2116
9005350        +Cornerstone,   2060 Mt Paran Rd Ste 100,    Atlanta, GA 30327-2935
9114147        +Federal National Mortgage Association (Fannie Mae),    Seterus, Inc. as Servicer for,
                 Federal National Mortgage Association,    P.O. Box 1047,   Hartford, CT 06143-1047
9005366        +First Tennessee,   c/o Jeanna McWilliams,    511 Union St 5th Fl,   Nashville, TN 37219-1733
9005339        +Fulton County Tax Commissioner,    141 Pryor St,   Atlanta, GA 30303-3446
9005352        +Legacy Mountain HOA,    P O Box 10686,   Knoxville, TN 37939-0686
9005342        +Lynda Hall Tax Collector,    Madison County Courthouse,   100 Northside Sq,
                 Huntsville, AL 35801-4876
10083096       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
9005356        +Philip G. Dombrowski,    14007 Astalot Dr,   Huntsville, AL 35803-2465
9005334        +Progress Bank and Trust,    201 Williams Ave,   Huntsville, AL 35801-4308
9005368        +Progress Bank and Trust,    c/o Clint Kirkland,   201 Williams Ave,   Huntsville, AL 35801-4308
9005360         Sevier County Bank,    P O Box 5288,   Sevierville, TN 37864-5288
9005369         Sevier County Bank,    c/o Jack Williams,   P O Box 5288,   Sevierville, TN 37864-5288
9005345        +Sevier County Trustee,    125 Court Ave Rm 212W,   Sevierville, TN 37862-3596
9005362        +Synovus,   Managed Assets,    P O Box 105233,   Atlanta, GA 30348-5233
9005370        +Synovus,   c/o Jeff Spielberger,    P O Box 105233,   Atlanta, GA 30348-5233
9005364         USAA Federal Savings Bank,    10750 McDermott Freeway,   San Antonio, TX 78288-9876
9005363        +United Community Bank,    558 Industrial Blvd,   Ellijay, GA 30540-3786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Oct 10 2019 04:26:00     Richard Blythe,
                 BA Decatur,    P O Box 3045,   Decatur, AL 35602-3045
cr             +E-mail/Text: cio.bncmail@irs.gov Oct 10 2019 04:24:02
                 Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
                 Nashville, TN 37203-3816
cr             +E-mail/Text: bankruptcy@luederlaw.com Oct 10 2019 04:28:20
                 Liberty Community Association, Inc.,    c/o Lueder, Larkin & Hunter, LLC,
                 5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
cr             +E-mail/Text: bknotices@snsc.com Oct 10 2019 04:28:08
                 U.S. Bank National Association as Trustee of Chale,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka, CA 95501-0305
9005340        +E-mail/Text: wfoster@gilmercounty-ga.gov Oct 10 2019 04:24:18
                 *Gilmer County Tax Commissioner,    1 Broad St Ste 105,   Ellijay, GA 30540-9045
9005367        +E-mail/Text: cdoughty@piedmontcapitallending.com Oct 10 2019 04:28:10      *Piedmont Lending,
                 c/o Chandler Doughty,    P O Box 1578,   Roswell, GA 30077-1578
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank Trust N.A., as trustee of Bungalow Series
```

```
cr          ##+Cornerstone Bank,   c/o C. Paul Davis,   Davis Law Firm, P.C.,   2313 Market Place,   Suite D,
              Huntsville, AL 35801-5274
                                                                                       TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

              Adam C. Dauro    on behalf of Creditor    Breckenridge Association, Inc. adauro@heardlaw.com,
               breanna@heardlaw.com;amanda@heardlaw.com;aary@heardlaw.com;kheard@heardlaw.com;bupton@heardlaw.com
              Amanda Beckett    on behalf of Creditor    MTGLQ INVESTORS, L.P. abeckett@rubinlublin.com,
               AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
              Angela Stewart Ary    on behalf of Defendant    American Estate & Trust, LC aary@heardlaw.com,
               breanna@heardlaw.com;amanda@heardlaw.com;kheard@heardlaw.com;adauro@heardlaw.com;bupton@heardlaw.com
              Bradley Richard Hightower    on behalf of Defendant    PNL SV, LLC brhightower@csattorneys.com,
               brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank brhightower@csattorneys.com,   brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Creditor    PNL SV, LLC brhightower@csattorneys.com,
               brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Counter-Claimant    PNL SV, LLC
               brhightower@csattorneys.com,   brad--hightower-1605@ecf.pacerpro.com
              Chad Wayne Ayres    on behalf of Creditor    Progress Bank cayres@wilmerlee.com
              Charles Paul Davis    on behalf of Creditor    Cornerstone Bank pdavis@cpdlaw.com,
               lyoung@cpdlaw.com;jgrayson@cpdlaw.com;mbeach@cpdlaw.com
              Daniel D Sparks    on behalf of Creditor    PNL SV, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank
               ddsparks@csattorneys.com,   dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    Synovus Bank ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Diane C Murray    on behalf of Creditor    Seterus, Inc. ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    SETERUS, INC. ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Bank of America, N.A. ndbankruptcy@sirote.com
              Donald M Wright    on behalf of Creditor    SETERUS, INC. dwright@sirote.com
              Eric J. Breithaupt    on behalf of Creditor    United Community Bank ebreithaupt@stites.com,
               ayarborough@stites.com
              Evan Eberhardt    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               eeberhardt@jandllawfirm.com
              G. John Dezenberg, Jr.    on behalf of Counter-Defendant Michael G. Dombrowski
               dezlaw@bellsouth.net,
               dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bellsouth.net
              G. John Dezenberg, Jr.    on behalf of Plaintiff Michael G. Dombrowski dezlaw@bellsouth.net,
               dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bellsouth.net
              Goodman G. Ledyard    on behalf of Creditor    BANK OF AMERICA, N.A. gledyard@pierceledyard.com,
               bankruptcy@pierceledyard.com
              J. Thomas Corbett     jtom_corbett@alnba.uscourts.gov,   courtmailbir11@alnba.uscourts.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jackson E Duncan, III    on behalf of Creditor    Rushmore Loan Management Services, LLC jackson.duncan@mccalla.com, bankruptcyecfmail@mccalla.com

        Jacob Pippin Mauldin    on behalf of Creditor    MTGLQ INVESTORS, L.P. jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

        Jacob Pippin Mauldin    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

        James H. Haithcock, III    on behalf of Defendant    First Commercial Bank jhaithco@burr.com, mgunnells@burr.com

        Joe A. Joseph    on behalf of Creditor    First Tennessee Bank National Association jjoseph@burr.com, mivey@burr.com;dbutts@burr.com

        Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov

        Mark A Baker    on behalf of Creditor    U.S. Bank National Association as Trustee of Chalet Series III Trust mbaker@mtglaw.com, ecfnotifications@mtglaw.com

        Mary E Smith    on behalf of Defendant    Internal Revenue Service mary.e.smith@usdoj.gov, Southern.Taxcivil@usdoj.gov

        Mary Martin Majors Mitchell    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 mary.mitchell@revenue.alabama.gov

        Mary Martin Majors Mitchell    on behalf of Defendant State of Alabama    Alabama Department of Revenue mary.mitchell@revenue.alabama.gov

        Michael McCormick    on behalf of Creditor    MTGLQ Investors, LP michael.mccormick@mccalla.com, mjm@mccallaraymer.com

        Ray Uhrig    on behalf of Creditor    Cobblestone Condominium Assoc. ray@uhriglaw.com, paralegal@uhriglaw.com

        Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

        Richard M Blythe    Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

        S. Keith Eady    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecf@keitheady.com

        S. Keith Eady    on behalf of Interested Party    BSI Financial Services ecf@keitheady.com

        Stuart M Maples    on behalf of Creditor    Sevier County Bank smaples@mapleslawfirmpc.com, kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com

        Tazewell Shepard    on behalf of Debtor Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com

        Tazewell Shepard    on behalf of Plaintiff Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com

        Tazewell T Shepard    on behalf of Debtor Michael G. Dombrowski tshepard@ecf.axosfs.com, janelle@ssmattorneys.com

        Tazewell Taylor Shepard, IV    on behalf of Debtor Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com

        Tazewell Taylor Shepard, IV    on behalf of Plaintiff Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com

        TOTAL: 46

**Van−114** [Order Reducing Time & Ntc of Hrg] (Rev. 09/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re:<br>Michael G. Dombrowski<br>SSN: xxx−xx−4413 | Case No. 16−81412−CRJ11<br>Chapter 11 |

      Debtor(s)

## ORDER REDUCING NOTICE TIME AND
## NOTICE OF HEARING

    Pursuant to Rule 9006(c)(1), the Court, for cause shown, reduces the notice time for hearing in the above−styled case.

    It is therefore **ORDERED, ADJUDGED, and DECREED** that a hearing will be held to consider and act upon the following:

    Dkt#767−Debtor's Objection to Claim #29 filed by Nationstar Mortgage LLC d/b/a Mr. Cooper as assignee of Federal National Mortgage Association

    **Date:** Monday, November 4, 2019      **Time:** 02:30 PM

    **Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

    Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:   October 9, 2019

                                                    /s/ Clifton R. Jessup Jr.
                                                  United States Bankruptcy Judge

dwh