B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Alabama

In re: <u>Michael G Dombrowski</u>  Case No:<u>16-81412-CRJ</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust** | **MTGLQ Investors, L.P.** |
| Name of Transferee | Name of Transferor |

Court Claim # (if known):  **22-2**
Amount of Claim:  **$379,183.47**
Date Claim Filed:  **09/08/2016**

Name and Address where notices to transferee should be sent:

**SN SERVICING CORP**
**323 Fifth Street**
**Eureka, CA 95501**
Phone:  **800-603-0836**  Phone (if available): **713-625-2165**
Last Four Digits of Acct #: **7345**  Last Four Digits of Acct#:  **7574**

Name and Address where transferee payment should be sent (if different from above):

**SN SERVICING CORP**
**323 Fifth Street,**
**Eureka, CA 95501**
Phone:  **800-603-0836**
Last Four Digits of Acct #: **7345**

By: /s/ Amanda Beckett  Date: <u>November 5, 2019</u>
    Amanda Beckett
    AL State Bar No. ASB-1884-N75B
    Rubin Lublin, LLC
    200 Clinton Avenue West, Suite 406
    Huntsville, AL 35801
    (877) 813-0992
    abeckett@rubinlublin.com
    Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5years, or both. 18 U.S.C §§ 152 & 3571.

CERTIFICATE OF SERVICE

       I, Amanda Beckett of Rubin Lublin, LLC certify that on the 5th day of November, 2019, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Michael G Dombrowski
200 Walker Avenue
Huntsville, AL 35801

Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C..
PO Box 19045
Huntsville, AL 35804

Bankruptcy Administrator
113 St. Joseph Street, Box 16
Mobile, AL 36602

Executed on 11/5/19
By:/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor