# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Michael G. Dombrowski }  **Case No: 16-81412-CRJ11**
SSN: XXX-XX-4413 }
  DEBTOR(S). }
}
}

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #767; Debtor's Objection to Claim # 29 of Nationstar Mortgage LLC d/b/a Mr. Cooper |
| **Date and Time:** | Monday, November 04, 2019 02:30 PM |
| **Appearances:** | Mark Baker, attorney for U.S. Bank National Association as Trustee of Chalet Series III Trust |
| | Diane Murray, attorney for Nationstar |
| | Tazewell Taylor Shepard IV, attorney for Michael G. Dombrowski (Debtor) |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Continued in open court to 12/3/19 at 2:30 p.m., at the Seybourn H. Lynne Federal Courthouse, Cain Street Entrance, Courtroom 3rd Floor, Decatur, Alabama. |

Date Prepared: 11/07/2019