IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: Michael G. Dombrowski )   Case No.: 16-81412-CRJ-11
SSN: xxx-xx-4413 )
 )
Debtor. )   CHAPTER 11
 )

**DEBTOR'S OBJECTION TO PROOF OF CLAIM OF**
**MTGLQ INVESTORS, LP.  [CLAIM DOC. 20-1]**

COMES NOW Michael G. Dombrowski, as Chapter 11 Debtor-in-Possession (the "Debtor") and objects to the claims of MTGLQ Investors, LP. ("Creditor") [Claim Doc. #20-1] ("the Claim") on the grounds that follow:

1. Since the original holder filed Proof of Claim 20-1 on September 8, 2016 in the amount of $372,906.04, the Claim's underlying note and obligations has been transferred or assigned multiple times between various loan servicers and noteholders.

2. The Claim does not include a statement itemizing interest, fees, expenses, or other charges as required by *Fed.R.Banr.P* Rule 3001. Further, the filed Claim contradicts statement histories and other relevant documentation provided by the Creditor and prior loan servicers.

3. The Creditor has not properly re-amortized the Claim as required by the Debtor's confirmed Plan of Reorganization and has failed to incorporate the terms this Court's December 8, 2017 Order [Doc. 617] into its calculation of the Claim amount.

4. To date, the Creditor claims improper fees, interest, charges, and duplicate insurance related to the Claim totaling $89,516.90.

5. Despite the Debtor's repeated efforts since confirmation of his Plan of Reorganization, he has been unable to resolve these discrepancies without involving this Court.

6. The Debtor avers that proper accounting of the Claim balance as of December 1, 2019 is:

| | | | |
|---|---|---|---|
| Principal Balance | $ | 352,346.94 | *per Seterus* |
| Escrow Balance | $ | 6,428.94 | *per Seterus* |
| Escrow Disbursements | $ | 7,778.42 | *per Seterus* |
| Unapplied Debtor Payments | $ | 23,180.60 | *Monthly Reports* |
| Duplicate Ins | $ | 12,894.86 | *per Seterus* |
| Net Claim at Confirmation | $ | 317,620.96 | |
| Interest | $ | 26,673.81 | *10/1/17-12/1/19 @ 3.875%* |
| Claim Balance as of 12/1/19 | $ | 344,294.77 | |
| Correct Monthly P&I | $ | 1,619.00 | *Assuming 1/1/20 first payment* |

7. The Debtor avers that a proper calculation and amortization of the next twelve payments for the Claim is attached hereto as Exhibit "A."

WHEREFORE, premises considered, the Debtor requests that this Honorable Court enter an Order: 1) requiring the Creditor to immediately correct, update and amend its proof of claim; 2) requiring the Creditor to immediately amortize the Claim and provide timely and correct monthly payment information to the Debtor; and 3) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 8th day of November, 2019.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Chapter 11 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

# CERTIFICATE OF SERVICE

This is to certify that I have this the 8th day of November, 2019 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Michael McCormick, Attorney for Creditor, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076; Creditor MTGLQ Investors, LP, c/o Rushmore Loan Management Services, LLC, P.O. Box 55044, Irvine, CA 92619; and Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602; and, all persons requesting notice by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV