# Notice Recipients

District/Off: 1126−8     User: admin     Date Created: 11/8/2019
Case: 16−81412−CRJ11     Form ID: van002     Total: 73

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     US Bank Trust N.A., as trustee of Bungalow Series F Trust
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ba     Richard M Blythe     Richard_Blythe@alnba.uscourts.gov
md     J. Thomas Corbett     jtom_corbett@alnba.uscourts.gov
aty     Adam C. Dauro     adauro@heardlaw.com
aty     Amanda Beckett     abeckett@rubinlublin.com
aty     Bradley Richard Hightower     brhightower@csattorneys.com
aty     Chad Wayne Ayres     cayres@wilmerlee.com
aty     Charles Paul Davis     pdavis@cpdlaw.com
aty     Daniel D Sparks     ddsparks@csattorneys.com
aty     Diane C Murray     ndbankruptcy@sirote.com
aty     Donald M Wright     dwright@sirote.com
aty     Eric J. Breithaupt     ebreithaupt@stites.com
aty     Evan Eberhardt     eeberhardt@jandllawfirm.com
aty     Goodman G. Ledyard     gledyard@pierceledyard.com
aty     Jackson E Duncan, III     jackson.duncan@mccalla.com
aty     Jacob Pippin Mauldin     jmauldin@rubinlublin.com
aty     Joe A. Joseph     jjoseph@burr.com
aty     Kelley Askew Gillikin     kelley.gillikin@revenue.alabama.gov
aty     Mark A Baker     mbaker@mtglaw.com
aty     Mary Martin Majors Mitchell     mary.mitchell@revenue.alabama.gov
aty     Michael McCormick     michael.mccormick@mccalla.com
aty     Ray Uhrig     ray@uhriglaw.com
aty     Richard E. O'Neal     USAALN.BANKRUPTCY@usdoj.gov
aty     S. Keith Eady     ecf@keiteady.com
aty     Stuart M Maples     smaples@mapleslawfirmpc.com
aty     Tazewell Shepard     taze@ssmattorneys.com
aty     Tazewell T Shepard     tshepard@ecf.axosfs.com
aty     Tazewell Taylor Shepard, IV     ty@ssmattorneys.com
aty     Thomas Benjamin Humphries     thumphries@sirote.com
TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael G. Dombrowski     200 Walker Avenue     Huntsville, AL 35801
cr     Progress Bank     c/o Chad W. Ayres     P. O. Box 2168     Huntsville, AL 35804
cr     Synovus Bank     c/o Christian & Small LLP     1800 Financial Center     505 N. 20th Street     Birmingham, AL 35203
cr     Liberty Community Association, Inc.     c/o Lueder, Larkin & Hunter, LLC     5900 Windward Parkway, Suite 390     Alpharetta, GA 30005
cr     BANK OF AMERICA, N.A.     c/o Pierce Ledyard, PC     P.O. Box 161389     Mobile, AL 36616
cr     Sevier County Bank     c/o Stuart M Maples     200 Clinton Ave West Ste 1000     Huntsville, AL 35801
cr     Tennessee Bank National Association     c/o Thomas W. Lawless     701 Broadway     Nashville, TN 37203
cr     First Tennessee Bank National Association     Special Assets Group     P.O. Box 28100     Nashville, TN 37202
cr     Cornerstone Bank     c/o C. Paul Davis     Davis Law Firm, P.C.     2313 Market Place     Suite D     Huntsville, AL 35801
cr     Cobblestone Condominium Assoc.     c/o Ray Uhrig     2611 Artie St SW Suite 1     Huntsville, AL 35805
cr     First Commercial Bank, Division of Synovus Bank     % B. Hightower, D. Sparks     Christian & Small LLP     1800 Financial Center     505 North 20th Street     Birmingham, AL 35203
r     Kris Powell     Century 21 Meyer Real Estate     1585 C Gulf Shores Parkway     Gulf Shores, Al 36542
cr     Insolvency Section Internal Revenue Service     801 Broadway     MDP 146, Room 285     Nashville, TN 37203
cr     SPECIALIZED LOAN SERVICING LLC     8742 Lucent Blvd, Suite 300     Highlands Ranch, CO 80129
cr     PNL SV, LLC     % D. Sparks, B. Hightower     1800 Financial Center     505 N. 20th Street     Birmingham, AL 35203
aty     Tazewell T. Shepard     Sparkman, Shepard & Morris, P.C.     P. O. Box 19045     Huntsville, AL 35804
intp     BSI Financial Services     1425 Greenway Drive, Ste 400     Irving, TX 75038
op     Benjamin P Wilson     104 Jefferson Street     STE 100     Huntsville, AL 35801
cr     Breckenridge Association, Inc.     100 Brownsridge Lane     Madison, Al 35758
cr     U.S. Bank National Association as Trustee of Chalet Series III Trust     c/o SN Servicing Corporation     323 5th Street     Eureka, CA 95501
aty     Robert C Goodrich     Burr& Forman, LLP Nashville City Center     511 Union Street Suite 2300     Nashville, TN 37219
smg     Richard Blythe     BA Decatur     P O Box 3045     Decatur, AL 35602
9005346     *American Express     Customer Service     P O Box 981535     El Paso, TX 79998

| | | | | |
|---|---|---|---|---|
| 9005349 | *Cobblestone Condo Assn | P O Box 22116 | Huntsville, AL 35814 | |
| 9005350 | *Cornerstone | 2060 Mt Paran Rd Ste 100 | Atlanta, GA 30327 | |
| 9005366 | *First Tennessee | c/o Jeanna McWilliams | 511 Union St 5th Fl | Nashville, TN 37219 |
| 9005339 | *Fulton County Tax Commissioner | 141 Pryor St | Atlanta, GA 30303 | |
| 9005340 | *Gilmer County Tax Commissioner | 1 Broad St Ste 105 | Ellijay, GA 30540 | |
| 9005352 | *Legacy Mountain HOA | P O Box 10686 | Knoxville, TN 37939 | |
| 9005342 | *Lynda Hall Tax Collector | Madison County Courthouse | 100 Northside Sq | Huntsville, AL 35801 |
| 9005356 | *Philip G. Dombrowski | 14007 Astalot Dr | Huntsville, AL 35814 | |
| 9005367 | *Piedmont Lending | c/o Chandler Doughty | P O Box 1578 | Roswell, GA 30077 |
| 9005334 | *Progress Bank and Trust | 201 Williams Ave | Huntsville, AL 35801–4250 | |
| 9005368 | *Progress Bank and Trust | c/o Clint Kirkland | 201 Williams Ave | Huntsville, AL 35801–4250 |
| 9005360 | *Sevier County Bank | P O Box 5288 | Sevierville, TN 37864–5288 | |
| 9005369 | *Sevier County Bank | c/o Jack Williams | P O Box 5288 | Sevierville, TN 37864–5288 |
| 9005345 | *Sevier County Trustee | 125 Court Ave Rm 212W | Sevierville, TN 37862 | |
| 9005362 | *Synovus | Managed Assets | P O Box 105233 | Atlanta, GA 30348 |
| 9005370 | *Synovus | c/o Jeff Spielberger | P O Box 105233 | Atlanta, GA 30348 |
| 9005363 | *United Community Bank | 558 Industrial Blvd | Ellijay, GA 30540 | |
| 9005364 | *USAA Federal Savings Bank | 10750 McDermott Freeway | San Antonio, TX 78288–9876 | |
| 9689108 | MTGLQ Investors, L.P. | 9990 Richmond Ave | Suite 400S | Houston, TX 77042 |
| 10161736 | MTGLQ Investors, LP | P.O. Box 55004 | Irvine, CA 92619–2708 | |
| 10277490 | U.S. Bank Trust National | 323 Fifth Street | Eureka, CA 95501 | |

TOTAL: 44