```
                         United States Bankruptcy Court
                         Northern District of Alabama
In re:                                                              Case No. 16-81412-CRJ
Michael G. Dombrowski                                               Chapter 11
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin                 Page 1 of 3                    Date Rcvd: Nov 08, 2019
                              Form ID: van002             Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
```
db             +Michael G. Dombrowski,    200 Walker Avenue,    Huntsville, AL 35801-4156
aty            +Robert C Goodrich,    Burr& Forman, LLP Nashville City Center,    511 Union Street Suite 2300,
                 Nashville, TN 37219-1756
aty            +Tazewell T. Shepard,    Sparkman, Shepard & Morris, P.C.,    P. O. Box 19045,
                 Huntsville, AL 35804-9045
cr             +BANK OF AMERICA, N.A.,    c/o Pierce Ledyard, PC,    P.O. Box 161389,    Mobile, AL 36616-2389
intp           +BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
op             +Benjamin P Wilson,    104 Jefferson Street,    STE 100,    Huntsville, AL 35801-5054
cr             +Breckenridge Association, Inc.,    100 Brownsridge Lane,    Madison, Al 35758-2406
cr             +Cobblestone Condominium Assoc.,    c/o Ray Uhrig,    2611 Artie St SW Suite 1,
                 Huntsville, AL 35805-4750
cr             +First Commercial Bank, Division of Synovus Bank,    % B. Hightower, D. Sparks,
                 Christian & Small LLP,    1800 Financial Center,    505 North 20th Street,
                 Birmingham, AL 35203-4633
cr             +First Tennessee Bank National Association,    Special Assets Group,    P.O. Box 28100,
                 Nashville, TN 37202-8100
r               Kris Powell,    Century 21 Meyer Real Estate,    1585 C Gulf Shores Parkway,
                 Gulf Shores, Al  36542
cr             +PNL SV, LLC,    % D. Sparks, B. Hightower,    1800 Financial Center,    505 N. 20th Street,
                 Birmingham, AL 35203-2605
cr             +Progress Bank,    c/o Chad W. Ayres,    P. O. Box 2168,    Huntsville, AL 35804-2168
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Sevier County Bank,    c/o Stuart M Maples,    200 Clinton Ave West Ste 1000,
                 Huntsville, AL 35801-4919
cr             +Synovus Bank,    c/o Christian & Small LLP,    1800 Financial Center,    505 N. 20th Street,
                 Birmingham, AL 35203-4633
cr             +Tennessee Bank National Association,    c/o Thomas W. Lawless,    701 Broadway,
                 Nashville, TN 37203-3944
9005346        +American Express,    Customer Service,    P O Box 981535,    El Paso, TX 79998-1535
9005349        +Cobblestone Condo Assn,    P O Box 22116,    Huntsville, AL 35814-2116
9005350        +Cornerstone,    2060 Mt Paran Rd Ste 100,    Atlanta, GA 30327-2935
9005366        +First Tennessee,    c/o Jeanna McWilliams,    511 Union St 5th Fl,    Nashville, TN 37219-1733
9005339        +Fulton County Tax Commissioner,    141 Pryor St,    Atlanta, GA 30303-3446
9005352        +Legacy Mountain HOA,    P O Box 10686,    Knoxville, TN 37939-0686
9005342        +Lynda Hall Tax Collector,    Madison County Courthouse,    100 Northside Sq,
                 Huntsville, AL 35801-4876
9689108        +MTGLQ Investors, L.P.,    9990 Richmond Ave,    Suite 400S,    Houston, TX 77042-8500
10161736       +MTGLQ Investors, LP,    P.O. Box 55004,    Irvine, CA 92619-5004
9005356        +Philip G. Dombrowski,    14007 Astalot Dr,    Huntsville, AL 35803-2465
9005334        +Progress Bank and Trust,    201 Williams Ave,    Huntsville, AL 35801-4308
9005368        +Progress Bank and Trust,    c/o Clint Kirkland,    201 Williams Ave,    Huntsville, AL 35801-4308
9005360         Sevier County Bank,    P O Box 5288,    Sevierville, TN 37864-5288
9005369         Sevier County Bank,    c/o Jack Williams,    P O Box 5288,    Sevierville, TN 37864-5288
9005345        +Sevier County Trustee,    125 Court Ave Rm 212W,    Sevierville, TN 37862-3596
9005362        +Synovus,    Managed Assets,    P O Box 105233,    Atlanta, GA 30348-5233
9005370        +Synovus,    c/o Jeff Spielberger,    P O Box 105233,    Atlanta, GA 30348-5233
10277490       +U.S. Bank Trust National,    323 Fifth Street,    Eureka, CA 95501-0305
9005364         USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-9876
9005363        +United Community Bank,    558 Industrial Blvd,    Ellijay, GA 30540-3786
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Nov 09 2019 04:11:29    Richard Blythe,
                 BA Decatur,    P O Box 3045,    Decatur, AL 35602-3045
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 09 2019 04:10:09
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
cr             +E-mail/Text: bankruptcy@luederlaw.com Nov 09 2019 04:13:15
                 Liberty Community Association, Inc.,    c/o Lueder, Larkin & Hunter, LLC,
                 5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
cr             +E-mail/Text: bknotices@snsc.com Nov 09 2019 04:13:07
                 U.S. Bank National Association as Trustee of Chale,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka, CA 95501-0305
9005340         E-mail/Text: wfoster@gilmercounty-ga.gov Nov 09 2019 04:10:25
                 *Gilmer County Tax Commissioner,    1 Broad St Ste 105,    Ellijay, GA 30540-9045
9005367         E-mail/Text: cdoughty@piedmontcapitallending.com Nov 09 2019 04:13:08    *Piedmont Lending,
                 c/o Chandler Doughty,    P O Box 1578,    Roswell, GA 30077-1578
                                                                                              TOTAL: 6
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank Trust N.A., as trustee of Bungalow Series
```

```
District/off: 1126-8          User: admin             Page 2 of 3             Date Rcvd: Nov 08, 2019
                              Form ID: van002         Total Noticed: 43
```

cr          ##+Cornerstone Bank,   c/o C. Paul Davis,   Davis Law Firm, P.C.,   2313 Market Place,   Suite D,
                 Huntsville, AL 35801-5274
                                                                                          TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:

              Adam C. Dauro    on behalf of Creditor    Breckenridge Association, Inc. adauro@heardlaw.com,
               breanna@heardlaw.com;amanda@heardlaw.com;aary@heardlaw.com;kheard@heardlaw.com;bupton@heardlaw.com
              Amanda Beckett    on behalf of Creditor    U.S. Bank Trust National Association
               abeckett@rubinlublin.com,
               AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubin
               lublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com
              Amanda Beckett    on behalf of Creditor    MTGLQ INVESTORS, L.P. abeckett@rubinlublin.com,
               AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubin
               lublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com
              Angela Stewart Ary    on behalf of Defendant    American Estate & Trust, LC aary@heardlaw.com,
               breanna@heardlaw.com;amanda@heardlaw.com;kheard@heardlaw.com;adauro@heardlaw.com;bupton@heardlaw.
               com
              Bradley Richard Hightower    on behalf of Defendant    PNL SV, LLC brhightower@csattorneys.com,
               brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Creditor    First Commercial Bank, Division of Synovus
               Bank brhightower@csattorneys.com,   brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Creditor    PNL SV, LLC brhightower@csattorneys.com,
               brad--hightower-1605@ecf.pacerpro.com
              Bradley Richard Hightower    on behalf of Counter-Claimant    PNL SV, LLC
               brhightower@csattorneys.com,   brad--hightower-1605@ecf.pacerpro.com
              Chad Wayne Ayres    on behalf of Creditor    Progress Bank cayres@wilmerlee.com
              Charles Paul Davis    on behalf of Creditor    Cornerstone Bank pdavis@cpdlaw.com,
               lyoung@cpdlaw.com;jgrayson@cpdlaw.com;mbeach@cpdlaw.com
              Daniel D Sparks    on behalf of Creditor    PNL SV, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank
               ddsparks@csattorneys.com,   dan-sparks-9722@ecf.pacerpro.com
              Daniel D Sparks    on behalf of Creditor    Synovus Bank ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Diane C Murray    on behalf of Creditor    Seterus, Inc. ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    SETERUS, INC. ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ndbankruptcy@sirote.com
              Diane C Murray    on behalf of Creditor    Bank of America, N.A. ndbankruptcy@sirote.com
              Donald M Wright    on behalf of Creditor    SETERUS, INC. dwright@sirote.com
              Eric J. Breithaupt    on behalf of Creditor    United Community Bank ebreithaupt@stites.com,
               ayarborough@stites.com
              Evan Eberhardt    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               eeberhardt@jandllawfirm.com
              G. John Dezenberg, Jr.    on behalf of Counter-Defendant Michael G. Dombrowski
               dezlaw@bellsouth.net,
               dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bells
               outh.net
              G. John Dezenberg, Jr.    on behalf of Plaintiff Michael G. Dombrowski dezlaw@bellsouth.net,
               dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bells
               outh.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Goodman G. Ledyard on behalf of Creditor BANK OF AMERICA, N.A. gledyard@pierceledyard.com, bankruptcy@pierceledyard.com
- J. Thomas Corbett jtom_corbett@alnba.uscourts.gov, courtmailbir11@alnba.uscourts.gov
- Jackson E Duncan, III on behalf of Creditor Rushmore Loan Management Services, LLC jackson.duncan@mccalla.com, bankruptcyecfmail@mccalla.com
- Jacob Pippin Mauldin on behalf of Creditor MTGLQ INVESTORS, L.P. jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
- Jacob Pippin Mauldin on behalf of Creditor Federal National Mortgage Association (Fannie Mae) jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
- James H. Haithcock, III on behalf of Defendant First Commercial Bank jhaithco@burr.com, mgunnells@burr.com
- Joe A. Joseph on behalf of Creditor First Tennessee Bank National Association jjoseph@burr.com, mivey@burr.com;dbutts@burr.com
- Kelley Askew Gillikin on behalf of Creditor ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL 36132-0001 kelley.gillikin@revenue.alabama.gov
- Mark A Baker on behalf of Creditor U.S. Bank National Association as Trustee of Chalet Series III Trust mbaker@mtglaw.com, ecfnotifications@mtglaw.com
- Mary E Smith on behalf of Defendant Internal Revenue Service mary.e.smith@usdoj.gov, Southern.Taxcivil@usdoj.gov
- Mary Martin Majors Mitchell on behalf of Creditor ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL 36132-0001 mary.mitchell@revenue.alabama.gov
- Mary Martin Majors Mitchell on behalf of Defendant State of Alabama Alabama Department of Revenue mary.mitchell@revenue.alabama.gov
- Michael McCormick on behalf of Creditor MTGLQ Investors, LP michael.mccormick@mccalla.com, mjm@mccallaraymer.com
- Ray Uhrig on behalf of Creditor Cobblestone Condominium Assoc. ray@uhriglaw.com, paralegal@uhriglaw.com
- Richard E. O'Neal on behalf of Creditor Insolvency Section Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
- Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
- S. Keith Eady on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecf@keitheady.com
- S. Keith Eady on behalf of Interested Party BSI Financial Services ecf@keitheady.com
- Stuart M Maples on behalf of Creditor Sevier County Bank smaples@mapleslawfirmpc.com, kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com
- Tazewell Shepard on behalf of Debtor Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com
- Tazewell Shepard on behalf of Plaintiff Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com
- Tazewell T Shepard on behalf of Debtor Michael G. Dombrowski tshepard@ecf.axosfs.com, janelle@ssmattorneys.com
- Tazewell Taylor Shepard, IV on behalf of Debtor Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com
- Tazewell Taylor Shepard, IV on behalf of Plaintiff Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com
- Thomas Benjamin Humphries on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper thumphries@sirote.com, cstanford@sirote.com

TOTAL: 48

Van−002 [Notice of Hearing] (Rev. 05/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                     **Case No.** 16−81412−CRJ11
Michael G. Dombrowski                         **Chapter** 11
**SSN:** xxx−xx−4413

    **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*785* − Debtor's Objection to Claim # 22 Filed by Debtor Michael G. Dombrowski. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B")(Shepard, Tazewell)

*786* − Debtor's Objection to Claim # 20 Filed by Debtor Michael G. Dombrowski. (Attachments: # 1 Exhibit "A")(Shepard, Tazewell)

**Date: Thursday, December 19, 2019**           **Time: 10:00 AM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: November 8, 2019                               By:

                                                          Joseph E. Bulgarella, Clerk
                                                          United States Bankruptcy Court

dwh