```
                              United States Bankruptcy Court
                               Northern District of Alabama
In re:                                                                      Case No. 16-81412-CRJ
Michael G. Dombrowski                                                       Chapter 11
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin                 Page 1 of 3             Date Rcvd: Dec 23, 2019
                              Form ID: pdf000             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Michael G. Dombrowski,    200 Walker Avenue,    Huntsville, AL 35801-4156
aty            +Robert C Goodrich,    Burr& Forman, LLP Nashville City Center,    511 Union Street Suite 2300,
                 Nashville, TN 37219-1756
aty            +Tazewell T. Shepard,    Sparkman, Shepard & Morris, P.C.,    P. O. Box 19045,
                 Huntsville, AL 35804-9045
cr             +BANK OF AMERICA, N.A.,   c/o Pierce Ledyard, PC,    P.O. Box 161389,    Mobile, AL 36616-2389
intp           +BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
op             +Benjamin P Wilson,    104 Jefferson Street,   STE 100,    Huntsville, AL 35801-5054
cr             +Breckenridge Association, Inc.,    100 Brownsridge Lane,    Madison, Al 35758-2406
cr             +Cobblestone Condominium Assoc.,    c/o Ray Uhrig,    2611 Artie St SW Suite 1,
                 Huntsville, AL 35805-4750
cr             +First Commercial Bank, Division of Synovus Bank,    % B. Hightower, D. Sparks,
                 Christian & Small LLP,    1800 Financial Center,    505 North 20th Street,
                 Birmingham, AL 35203-4633
cr             +First Tennessee Bank National Association,    Special Assets Group,    P.O. Box 28100,
                 Nashville, TN 37202-8100
r               Kris Powell,    Century 21 Meyer Real Estate,    1585 C Gulf Shores Parkway,
                 Gulf Shores, Al 36542
cr             +PNL SV, LLC,    % D. Sparks, B. Hightower,    1800 Financial Center,    505 N. 20th Street,
                 Birmingham, AL 35203-2605
cr             +Progress Bank,    c/o Chad W. Ayres,    P. O. Box 2168,    Huntsville, AL 35804-2168
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Sevier County Bank,    c/o Stuart M Maples,    200 Clinton Ave West Ste 1000,
                 Huntsville, AL 35801-4919
cr             +Synovus Bank,    c/o Christian & Small LLP,    1800 Financial Center,    505 N. 20th Street,
                 Birmingham, AL 35203-4633
cr             +Tennessee Bank National Association,    c/o Thomas W. Lawless,    701 Broadway,
                 Nashville, TN 37203-3944
9689108        +MTGLQ Investors, L.P.,    9990 Richmond Ave,    Suite 400S,    Houston, TX 77042-8500
10161736       +MTGLQ Investors, LP,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Dec 24 2019 08:41:51     Richard Blythe,
                 BA Decatur,    P O Box 3045,    Decatur, AL 35602-3045
cr             +E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 08:40:03
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
cr             +E-mail/Text: bankruptcy@luederlaw.com Dec 24 2019 08:43:40
                 Liberty Community Association, Inc.,    c/o Lueder, Larkin & Hunter, LLC,
                 5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
cr             +E-mail/Text: bknotices@snsc.com Dec 24 2019 08:43:33
                 U.S. Bank National Association as Trustee of Chale,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank Trust N.A., as trustee of Bungalow Series
cr            ##+Cornerstone Bank,    c/o C. Paul Davis,    Davis Law Firm, P.C.,    2313 Market Place,   Suite D,
                 Huntsville, AL 35801-5274
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                      Signature:  /s/Joseph Speetjens

Case 16-81412-CRJ11    Doc 804    Filed 12/25/19    Entered 12/26/19 00:03:01    Desc
                    Imaged Certificate of Notice    Page 1 of 5

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

Adam C. Dauro    on behalf of Creditor    Breckenridge Association, Inc. adauro@heardlaw.com, breanna@heardlaw.com;amanda@heardlaw.com;aary@heardlaw.com;kheard@heardlaw.com;bupton@heardlaw.com

Amanda Beckett    on behalf of Creditor    U.S. Bank Trust National Association abeckett@rubinlublin.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com

Amanda Beckett    on behalf of Creditor    MTGLQ INVESTORS, L.P. abeckett@rubinlublin.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;rmoss@rlselaw.com

Angela Stewart Ary    on behalf of Defendant    American Estate & Trust, LC aary@heardlaw.com, breanna@heardlaw.com;amanda@heardlaw.com;kheard@heardlaw.com;adauro@heardlaw.com;bupton@heardlaw.com

Bradley Richard Hightower    on behalf of Defendant    PNL SV, LLC brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com

Bradley Richard Hightower    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com

Bradley Richard Hightower    on behalf of Creditor    PNL SV, LLC brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com

Bradley Richard Hightower    on behalf of Counter-Claimant    PNL SV, LLC brhightower@csattorneys.com, brad--hightower-1605@ecf.pacerpro.com

Chad Wayne Ayres    on behalf of Creditor    Progress Bank cayres@wilmerlee.com

Charles Paul Davis    on behalf of Creditor    Cornerstone Bank pdavis@cpdlaw.com, lyoung@cpdlaw.com;jgrayson@cpdlaw.com;mbeach@cpdlaw.com

Daniel D Sparks    on behalf of Creditor    PNL SV, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Daniel D Sparks    on behalf of Creditor    First Commercial Bank, Division of Synovus Bank ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Daniel D Sparks    on behalf of Creditor    Synovus Bank ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Diane C Murray    on behalf of Creditor    Seterus, Inc. ndbankruptcy@sirote.com

Diane C Murray    on behalf of Creditor    SETERUS, INC. ndbankruptcy@sirote.com

Diane C Murray    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ndbankruptcy@sirote.com

Diane C Murray    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ndbankruptcy@sirote.com

Diane C Murray    on behalf of Creditor    Bank of America, N.A. ndbankruptcy@sirote.com

Donald M Wright    on behalf of Creditor    SETERUS, INC. dwright@sirote.com

Eric J. Breithaupt    on behalf of Creditor    United Community Bank ebreithaupt@stites.com, ayarborough@stites.com

Evan Eberhardt    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC eeberhardt@jandllawfirm.com

G. John Dezenberg, Jr.    on behalf of Counter-Defendant Michael G. Dombrowski dezlaw@bellsouth.net, dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bellsouth.net

G. John Dezenberg, Jr.    on behalf of Plaintiff Michael G. Dombrowski dezlaw@bellsouth.net, dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;dezenberggr49395@notify.bestcase.com;smedders@bellsouth.net

Goodman G. Ledyard    on behalf of Creditor    BANK OF AMERICA, N.A. gledyard@pierceledyard.com, bankruptcy@pierceledyard.com

J. Thomas Corbett    jtom_corbett@alnba.uscourts.gov,    courtmailbir11@alnba.uscourts.gov

Jackson E Duncan, III    on behalf of Creditor    Rushmore Loan Management Services, LLC jackson.duncan@mccalla.com,    bankruptcyecfmail@mccalla.com

Jacob Pippin Mauldin    on behalf of Creditor    MTGLQ INVESTORS, L.P. jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Jacob Pippin Mauldin    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) jmauldin@rubinlublin.com, lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

James H. Haithcock, III    on behalf of Defendant    First Commercial Bank jhaithco@burr.com, mgunnells@burr.com

Joe A. Joseph    on behalf of Creditor    First Tennessee Bank National Association jjoseph@burr.com,    mivey@burr.com;dbutts@burr.com

Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov

Mark A Baker    on behalf of Creditor    U.S. Bank National Association as Trustee of Chalet Series III Trust mbaker@mtglaw.com,    ecfnotifications@mtglaw.com

Mary E Smith    on behalf of Defendant    Internal Revenue Service mary.e.smith@usdoj.gov, Southern.Taxcivil@usdoj.gov

Mary Martin Majors Mitchell    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 mary.mitchell@revenue.alabama.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mary Martin Majors Mitchell    on behalf of Defendant State of Alabama    Alabama Department of Revenue mary.mitchell@revenue.alabama.gov
        Michael McCormick    on behalf of Creditor   MTGLQ Investors, LP michael.mccormick@mccalla.com, mjm@mccallaraymer.com
        Ray Uhrig    on behalf of Creditor    Cobblestone Condominium Assoc. ray@uhriglaw.com, paralegal@uhriglaw.com
        Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
        Richard M Blythe    Richard_Blythe@alnba.uscourts.gov,    courtmaildec@alnba.uscourts.gov
        S. Keith Eady    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecf@keitheady.com
        S. Keith Eady    on behalf of Interested Party    BSI Financial Services ecf@keitheady.com
        Stuart M Maples    on behalf of Creditor    Sevier County Bank smaples@mapleslawfirmpc.com, kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com
        Tazewell Shepard    on behalf of Debtor Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com
        Tazewell Shepard    on behalf of Plaintiff Michael G. Dombrowski taze@ssmattorneys.com, janelle@ssmattorneys.com
        Tazewell T Shepard    on behalf of Debtor Michael G. Dombrowski tshepard@ecf.axosfs.com, janelle@ssmattorneys.com
        Tazewell Taylor Shepard, IV    on behalf of Debtor Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com
        Tazewell Taylor Shepard, IV    on behalf of Plaintiff Michael G. Dombrowski ty@ssmattorneys.com, janelle@ssmattorneys.com
        Thomas Benjamin Humphries    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper thumphries@sirote.com, cstanford@sirote.com

                                                                                                             TOTAL: 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL G. DOMBROWSKI | ) | CASE NO.: 16-81412-CRJ-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 20

This matter came before the Court for hearing upon the Debtor's Objection to Claim of MTGLQ Investors, LP. ("Creditor") (Claim Doc. # 20) (Doc. 786). After proper notice, a hearing was held on December 19, 2019 with appearances by Tazewell T. Shepard IV on behalf of the Debtor.

The Court considered the pleadings, and in light of the representations of the parties at the hearing, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Debtor's Objection to Claim of MTGLQ Investors, L.P. (Claim Doc. # 20) is hereby **SUSTAINED.**

Proof of Claim 20 is amended as follows:

Consistent with the terms of Debtor's Chapter 11 Bankruptcy Plan, Claim # 20 is updated to a balance of $344,294.77 through December 1, 2019. This amount incorporates all principal, interest, fees, escrow, and other charges of Claim # 20 as well as all payments made to date by the Debtor. Further, as of December 1, 2019 the Claim's escrow account balance is $0.00. This updated Claim #20 shall be deemed an Allowed Claim, as provided for by the confirmed Plan of Reorganization.

According to the terms of the Debtor's confirmed Chapter 11 Plan, Claim #20 is amortized over 30 years, payable monthly, with 3.875% fixed annual interest. The first payment of $1,619, is due on January 1, 2020 and includes one month's interest. After giving proper notice pursuant to the Plan, Creditor may seek reimbursement or payment of any applicable insurance of tax payments from the Debtor.

An amortization schedule identifying the first 12 monthly payments follows:

| Due Date | Principal | Interest | Princ Before | Princ After |
|---|---|---|---|---|
| 1/1/2020 | $ 507.21 | $ 1,111.79 | $ 344,294.77 | $ 343,787.56 |
| 2/1/2020 | $ 508.85 | $ 1,110.15 | $ 343,787.56 | $ 343,278.70 |
| 3/1/2020 | $ 510.50 | $ 1,108.50 | $ 343,278.70 | $ 342,768.20 |
| 4/1/2020 | $ 512.14 | $ 1,106.86 | $ 342,768.20 | $ 342,256.06 |
| 5/1/2020 | $ 513.80 | $ 1,105.20 | $ 342,256.06 | $ 341,742.26 |
| 6/1/2020 | $ 515.46 | $ 1,103.54 | $ 341,742.26 | $ 341,226.80 |
| 7/1/2020 | $ 517.12 | $ 1,101.88 | $ 341,226.80 | $ 340,709.68 |
| 8/1/2020 | $ 518.79 | $ 1,100.21 | $ 340,709.68 | $ 340,190.88 |
| 9/1/2020 | $ 520.47 | $ 1,098.53 | $ 340,190.88 | $ 339,670.41 |
| 10/1/2020 | $ 522.15 | $ 1,096.85 | $ 339,670.41 | $ 339,148.26 |
| 11/1/2020 | $ 523.83 | $ 1,095.17 | $ 339,148.26 | $ 338,624.43 |
| 12/1/2020 | $ 525.53 | $ 1,093.47 | $ 338,624.43 | $ 338,098.90 |

Dated this the 23rd day of December 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor