IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL G. DOMBROWSKI, | ) Case No. 16-81412-CRJ11 |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

## NATIONSTAR'S SUPPLEMENTAL RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 29

As its supplemental response to Debtor's Objection to Claim 29 (Doc. 767 – the "**Claim Objection**"), Nationstar Mortgage, LLC d/b/a Mr. Cooper ("**Nationstar**") states the following:

1. Debtor filed this Chapter 11 case on May 11, 2016. (Doc. 1).

2. Claim 29 was filed by Seterus, Inc. ("**Seterus**") on behalf of Federal National Mortgage Association on September 9, 2016. Claim 29 is secured by a rental home (the "**Property**") located at 3621 Ketch Avenue, Oxnard, California 93035. Claim 29 was filed with an outstanding balance of $239,686.16 and $13,191.54 in prepetition arrears.

3. Claim 29 was transferred to Nationstar on or around March 12, 2019. (Doc. 722).

4. Nationstar has not received a single payment from Debtor as to Claim 29 since the transfer.

5. The records Nationstar received from Seterus reflect that Debtor has not made a payment as to Claim 29, **in any amount**, since February, 2018.

6. Debtor filed his Claim Objection on October 8, 2019 (Doc. 767), and on October 31, 2019 Nationstar filed its Response to the Claim Objection (Doc. 772).

7. At the most recent hearing on the Claim Objection the Parties announced that they were actively discussing a potential resolution of the Claim Objection. However, the servicing of

the mortgage loan at issue was transferred away from Nationstar to SN Servicing Corporation, effective December 16, 2019. A letter detailing the transfer is attached here as <u>Exhibit A</u>.

   8. Due to the service transfer, Nationstar no longer has the authority to take any action as to Claim 29 or as to the Claim Objection, specifically including resolution of the Claim Objection.

                Respectfully submitted,

                /s/ *Thomas B. Humphries*
                Diane C. Murray
                Thomas B. Humphries
                **Counsel for Nationstar Mortgage, LLC**

<u>**OF COUNSEL**</u>**:**
**SIROTE & PERMUTT, PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, Alabama 35255-5727
Telephone: 205-930-5331
dmurray@sirote.com
thumphries@sirote.com

## CERTIFICATE OF SERVICE

   I hereby certify that on December 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following individuals:

   Tazewell Shepard
   Tazewell T. Shepard, IV
   **Tazewell Shepard, P.C.**
   PO BOX 19045
   HUNTSVILLE, AL 35804
   Email: taze@ssmattorneys.com
   Email: ty@ssmattorneys.com

   Richard M. Blythe,
   Assistant U.S. Bankruptcy Administrator
   **United States Bankruptcy Administrator**
   Northern District of Alabama
   Seybourn H. Lynn Federal Building
   Post Office Box 3045
   400 Well Street NE, Room 236
   Decatur, Alabama 35602

            /s/ *Thomas B. Humphries*
            OF COUNSEL

3

DOCSBHM\2304086\1

Case 16-81412-CRJ11 Doc 805 Filed 12/27/19 Entered 12/27/19 11:01:32 Desc
Main Document Page 3 of 8

# EXHIBIT A

4

DOCSBHM\2304086\1


8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

MICHAEL DOMBROWSKI
200 WALKER AVE NE
HUNTSVILLE, AL 35801

11/22/2019

**YOUR INFO**
**LOAN NUMBER:** 5089
**PROPERTY ADDRESS:**
3621 KETCH AVE
OXNARD, CA 93035

Dear MICHAEL DOMBROWSKI:

The servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Mr. Cooper to SN Servicing Corporation, effective 12.16.19.

This transfer does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan such as where to send your payments or make inquiries related to the mortgage loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Mr. Cooper. If you have any questions relating to the transfer of servicing, please do not hesitate to contact our Customer Service Department at 888-480-2432 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

**Your new Servicer will be SN Servicing Corporation. If you have any questions relating to the transfer of servicing to your new servicer, you may call the Customer Service Department of your new servicer at 1-800-603-0836 between the hours of Monday – Friday 8:00 a.m. – 5:00 p.m. (Pacific Time).**

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY



Please note the following important address information for **SN Servicing Corporation**:

Correspondence Address:
SN Servicing Corporation
323 Fifth St
Eureka, CA 95501

Payment Address:
SN Servicing Corporation
PO BOX 660820
DALLAS, TX  75266-0820

**The date that your present servicer will stop accepting payments from you is 12.15.19. The date that your new servicer will start accepting payments from you is 12.16.19.  Send all payments due on or after that date to your new servicer.**

The transfer of the servicing of the mortgage loan will require you to contact all hazard and flood insurers to add SN Servicing Corporation as loss payee at the below address.  For escrow accounts, insurers need to send billing statements/invoices to the SN Servicing Corporation Loss Payee.  **Be sure to provide SN Servicing Corporation with a copy of the Notice to the Insurance Provider.**

SN Servicing Corporation
ISAOA ATIMA
PO BOX 35
EUREKA, CA   95502

If your loan has optional insurance, your mortgage life insurance, disability insurance and/or other optional products will be discontinued at the time of transfer. If you wish to maintain coverage, you must contact your provider about direct billing.  If your loan does not have optional products, and you wish to obtain them, you will need to contact your new service provider.

If you are making payments to the present servicer by means of automatic deduction, this service will not continue with the new servicer, and any payments currently scheduled to draft after the effective transfer date 12.16.19,  will be cancelled. To set up automatic deduction with your new servicer, please contact their customer service department.

If you authorize your bank or credit union online bill payment system to automatically pay your mortgage payment, you will need to tell your bank or credit union to make those payments to the new servicer.

If you are currently participating in, or being considered for, a foreclosure avoidance program or loan modification program, we will be transferring any supporting documentation you may have submitted to us to your new servicer. Until the transfer date, you should continue to make your payments (i.e., trial payments, if attempting to qualify for a modification) to us.  After transfer, you should make all payments to **SN Servicing Corporation** until such time that you are provided additional direction.  Unless you have received a decision from us regarding qualification for these programs, decisions regarding qualification for these programs will be made by SN Servicing Corporation .  If you have received a decision from us, SN Servicing Corporation will be advised of that decision and will complete the processing of your workout, in accordance with that decision.



Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late and a late fee may not be imposed on you.

Sincerely,

Mr. Cooper



This Page Intentionally Left Blank