# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE:

MICHAEL G. DOMBROWSKI,    CASE NO.: 16-81412-CRJ11

    DEBTOR.

## MOTION TO ALTER, AMEND OR VACATE ORDER
## UPON DEBTOR'S OBJECTION TO CLAIM NO. 20-1

COMES NOW Rushmore Loan Management Services, LLC, the servicing agent for MTGLQ Investors, LP, hereinafter referred to as "Rushmore" by and through its attorney of record, and hereby requests, pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, that this Honorable Court alter, amend or vacate the Order on Debtor's Objection to Claim 20 entered by this Court on December 23, 2019, and in support of such request would state to the Court as follows:

1. Rushmore is the holder of a claim in this matter as evidenced by that certain Transfer of Claim filed on July 12, 2019 with respect to Claim 20-1. Said claim is in the amount of $372,906.04 and is secured by a first mortgage upon real property located at 1701 Strand Avenue, Unit 8 in Tybee Island, Georgia.

2. This Court entered a Confirmation Order on September 5, 2017, prior to the Transfer of Claim filed by Rushmore.

3. Subsequent to the entry of said Confirmation Order, Debtor filed an Objection to Proof Claim relative to Claim 20-1 (Doc. No. 786). Said Objection was filed on August 8, 2019.

4. The Certificate of Service filed with said Objection was served upon the signatory of the Transfer of Claim:

> Michael McCormick, Attorney for Creditor
> McCalla Raymer Leibert Pierce, LLC
> 1544 Old Alabama Road
> Roswell, Georgia 30076

5. Rushmore's counsel has stringent compliance requirements for receipt and docketing of mail and pleadings received. Such requirements are detailed in the supporting affidavit. The Affidavit of Andy Bell, Director of Bankruptcy is attached hereto as Exhibits "A" and incorporated herein by reference.

6. Said requirements were in place and operational at the time of service of the Objection to Claim. The records maintained by Counsel for Rushmore indicates that the law firm failed to receive either the Objection to Claim and the hearing related to the same.

7. In addition, Michael McCormick did not file an Appearance at the time the Transfer of Claim was filed and thus did not request notices via electronic notice.

8. A hearing was held by the Court relative to the Objection with this Court on December 19, 2019 which was unopposed at the time. Thus, an Order on Debtor's Objection to Proof of Claim 20 was entered by this Court on December 23, 2019 (Doc. No. 803).

9. Had counsel for Rushmore received notice, a response would have been filed in opposition to said Objection.

10. The reconsideration of the Order upon Objection is not prejudicial to either the Debtor or other creditors in this proceeding.

.        WHEREFORE, Rushmore, requests that this Honorable Court enter an Order:

A.        Vacating the Order on Debtor's Objection to Proof of Claim 20 entered by this Court on December 23, 2019 (Doc. No. 803);

B.        Resetting the hearing upon the Debtor's Objection to Proof of Claim 20; and

B.        Granting to Rushmore such other and further relief to which it may be entitled.

       */s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Ditech Financial LLC

OF COUNSEL:
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone: (205) 443-0081
Email: Jackson.Duncan@mccalla.com

## CERTIFICATE OF SERVICE

I, Jackson E. Duncan, III, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 2 North 20th Street, Suite 1000; Birmingham, Alabama 35203, certify that I am, and at all times hereinafter mentioned, was more than 18 years of age and that on the date below, I served a copy of the foregoing pleading filed in this bankruptcy matter on the 20 largest unsecured creditors attached on Exhibit "B" as well as the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Debtor's Attorney
Tazewell T. Shepard, IV
VIA ECF

and the following by regular U.S. Mail addressed to:

Bankruptcy Administrator
Richard Blythe
Office of the Bankruptcy Administrator
Post Office Box 3045
Decatur, Alabama 35602

Debtor
Michael G. Dombrowski
200 Walker Avenue
Huntsville, Alabama 35801
I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    01/08/2021    By:    /s/ *Jackson E. Duncan, III*
                              (date)                        Jackson E. Duncan, III
                                                                          Attorney for Creditor