IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

MICHAEL G. DOMBROWSKI,    CASE NO.: 16-81412-CRJ11

    DEBTOR.

### AFFIDAVIT OF ANDY BELL IN SUPPORT OF THE MOTION TO ALTER, AMEND OR VACATE ORDER ON DEBTOR'S OBJECTION TO CLAIM 20

Before me, the undersigned authority, personally appeared Andy Bell, who being known to me and by me first duly sworn on oath, does depose and states the following:

1. My name is Andy Bell and I am employed as the Director of Bankruptcy for McCalla Raymer Leibert Pierce, LLC. Part of my employment in the Bankruptcy Department is to monitor the proper receipt, docketing and distribution of mail received by the firm in Roswell Georgia and proper distribution to the appropriate attorney. I have an understanding of how the books, records, and computer systems relating to such systems operate at the firm and thus I have personal knowledge of this account.

2. Upon my review of the records maintained by the firm, the firm did not receive the Debtor's Objection to Claim 20 through the United States Postal Service in that it would be date stamped and maintained in our system on or about the date received by the firm.

3. The above statements are true and are stated as fact.

Signed this the 8th day of January, 2021.

_____
Andy Bell

Sworn and subscribed before me this the 8th day of January, 2021.

_____
Notary Public
My Commission expires: 8/27/22