IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Michael G. Dombrowski<br>SSN: xxx-xx-4413 | )<br>)<br>) | Case No.: 16-81412-CRJ-11 |
| Debtor. | ) | CHAPTER 11 |

**DEBTOR'S RESPONSE TO CREDITOR'S
MOTION TO ALTER, AMEND OR VACATE ORDER**

COMES NOW, the Chapter 11 confirmed debtor, Michael G. Dombrowski (the "**Debtor**"), and responds to Rushmore Loan Management Services, LLC's, the servicing agent for MTGLQ Investors, LP, (the "**Movant**") Motion to Alter, Amend or Vacate Order (the "**Motion**") as follows:

1.  Movant asserts that, on August 8, 2019, the Debtor filed an objection to proof of claim docket number 20 (the "**Claim**"). EFC. Doc. 842., ¶ 3. This is incorrect. The Debtor filed an objection to the Claim three months later on November 8, 2019. *See* ECF Doc. 786.

2.  Movant also states that its counsel of record for the Claim, Michael McCormick, "did not file an Appearance at the time the Transfer of Claim was filed and thus did not request notices via electronic notice." EFC. Doc. 842., ¶ 7.

3.  Regardless of whether Mr. McCormick requested notices from the Court, on July 12, 2019 the Clerk of Court added Mr. McCormick to its matrix for receipt of electronic notices. A copy of the Clerk of Court's list of parties and dates added is attached hereto as Exhibit "A."

4.  According to the Clerk of Court's Certificate of Notice filed on October 11, 2019, the following email addresses associated with Mr. McCormick's law firm received electronic notices as of November 2019 in this case:

    michael.mccormick@mccalla.com
    mjm@mccallaraymer.com
    jackson.duncan@mccalla.com
    bankruptcyecfmail@mccalla.com

EFC Doc. 769.

5.  On November 8, 2019, the Debtor filed a written objection to the Claim (the "**Objection**"). In that pleading, the undersigned certified to this Court that his office that same day

served a copy of the Objection upon the Movant and Mr. McCormick via U.S. Mail. Today, the undersigned reaffirms that certification to this Court.

6. As is customary with PACER, the Clerk of Court's office served a copy of the Objection that day electronically on all parties listed on the Clerk's matrix for receipt of electronic notices.

7. That same day, this Court set the Objection for a hearing to occur on December 19, 2019 (the "**Objection Hearing**"). According to the Clerk of Court's Certificate of Notice, ECF Doc. 789, both the Movant and Movant's counsel received notice of the Objection Hearing.

8. Movant did not file a written response to the Objection, contact Debtor's counsel, or attend the Objection Hearing. Thereafter, this Court entered an order on December 23, 2019 sustaining the Objection (the "**Objection Order**").

9. According to the Clerk of Court's Certificate of Notice, ECF Doc. 804, the Clerk of Court sent copies of the Objection Order to Movant and Movant's counsel in late December 2019.

10. The Debtor has personally contacted Movant directly throughout 2020 about this Claim and the Objection Order; it is unclear why Movant waited over a year to bring this issue to the Court's attention.

11. Movant asserts in the Motion that, had it "received notice, a response would have been filed in opposition to said Objection." EFC. Doc. 842., ¶ 9. This assertion is quite vague and hypothetical; stating a desire to oppose an objection is not the equivalent to asserting a meritorious defense to that objection. The Motion fails to provide *any valid basis* for opposing the underlying Objection.

12. The Debtor strongly disagrees with Movant's contention that "reconsideration of the Order upon Objection is not prejudicial to either the Debtor or other creditors in this proceeding." EFC. Doc. 842., ¶ 10. This Court sustained the Objection over a year ago, rendering Movant's requested relief equitably moot.

WHEREFORE, premises considered, the Debtor respectfully requests that this Court enter an Order: (i) denying Movant's Motion; and (ii) granting such further relief as the Court deems just and proper.

Respectfully submitted this the 20th day of January, 2021.

                                              */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to the Debtor*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 20th day of January, 2021 served the foregoing document upon all addressees on the 20 largest unsecured creditors, Jackson E. Duncan III, *Attorney for the Movant*, Richard Blythe, Office of the Bankruptcy Administrator, and all parties requesting notice, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

                                              */s/ Tazewell T. Shepard IV*
                                              Tazewell T. Shepard IV

**16-81412-CRJ11** Michael G. Dombrowski
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Clifton R. Jessup Jr.
**Date filed:** 05/11/2016 **Date of last filing:** 01/08/2021 **Plan confirmed:** 09/05/2017

# Parties

| | | |
|---|---|---|
| **Federal National Mortgage Association (Fannie Mae)**<br>*Added: 05/13/2016*<br>*(Creditor)* | represented by | **S. Keith Eady**<br>Eady Law, LLC<br>P.O. Box 29667<br>Atlanta, GA 30359<br>404-633-1997<br>ecf@keiteady.com<br>*Assigned: 05/13/16*<br><br>**Jacob Pippin Mauldin**<br>Rubin Lublin, LLC<br>100 Concourse Parkway<br>Suite 115<br>Hoover, AL 35244<br>205-982-4810<br>404-601-6742 (fax)<br>jmauldin@rubinlublin.com<br>*Assigned: 03/30/18*<br><br>**Diane C Murray**<br>Tiffany & Bosco, P.A.<br>2311 Highland Avenue South<br>Suite 330<br>Birmingham, AL 35205<br>205-930-5257<br>dcm@tblaw.com<br>*Assigned: 04/24/19* |
| **ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL 36132-0001**<br>*Added: 12/13/2016*<br>*(Creditor)* | represented by | **Kelley Askew Gillikin**<br>State of Alabama, Dept. of Revenue<br>50 North Ripley Street<br>P.O. Box 320001<br>Montgomery, AL 36130<br>334-242-9690<br>334-242-9782 (fax)<br>kelley.gillikin@revenue.alabama.gov<br>*Assigned: 12/13/16*<br><br>**Mary Martin Majors Mitchell**<br>Alabama Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36130<br>3342429690<br>mary.mitchell@revenue.alabama.gov<br>*Assigned: 02/25/19* |
| **BANK OF AMERICA, N.A.** | represented | **Thomas Benjamin Humphries** |

c/o Pierce Ledyard, PC
P.O. Box 161389
Mobile, AL 36616
251.338.1300
251.338.1305 (fax)
*Added: 05/25/2016*
*(Creditor)*

| | | |
|---|---|---|
| | by | Sirote & Permutt PC
2311 Highland Avenue South
Suite 500
Birmingham, AL 35205
205-930-5331
thumphries@sirote.com
*Assigned: 05/04/20* |

**Goodman G. Ledyard**
PO Box 161389
Mobile, AL 36616
251-338-1300
gledyard@pierceledyard.com
*Assigned: 05/25/16*

**BSI Financial Services**
1425 Greenway Drive, Ste 400
Irving, TX 75038
prpbk@bsifinancial.com
*Added: 08/22/2017*
*(Interested Party)*

represented by

**S. Keith Eady**
Eady Law, LLC
P.O. Box 29667
Atlanta, GA 30359
404-633-1997
ecf@keitheady.com
*Assigned: 08/29/17*

**Bank of America, N.A.**
*Added: 06/19/2018*
*(Creditor)*

represented by

**Diane C Murray**
Tiffany & Bosco, P.A.
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
205-930-5257
dcm@tblaw.com
*Assigned: 06/19/18*

**Richard M Blythe**
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602
(256) 340-2740
(256) 584-7940 (fax)
Richard_Blythe@alnba.uscourts.gov
*Added: 05/12/2016*
*(Bankruptcy Administrator)*

**Breckenridge Association, Inc.**
100 Brownsridge Lane
Madison, Al 35758
*Added: 09/28/2017*
*(Creditor)*

represented by

**Adam C. Dauro**
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
256-535-0817
256-535-0818 (fax)
adauro@heardlaw.com
*Assigned: 09/28/17*

**Cobblestone Condominium Assoc.**
c/o Ray Uhrig
2611 Artie St SW Suite 1
Huntsville, AL 35805

represented by

**Ray Uhrig**
Uhrig Law Firm
2611 Artie Street SW Ste 1
Huntsville, AL 35805

*Added: 06/22/2016*
*(Creditor)*

256-539-4529
256-539-8845 (fax)
ray@uhriglaw.com
*Assigned: 06/22/16*

**J. Thomas Corbett**
Birmingham
1800 5th Avenue North
Birmingham, AL 35203
jtom_corbett@alnba.uscourts.gov
*Added: 11/21/2016*
*(Mediator)*

**Cornerstone Bank**
c/o C. Paul Davis
Davis Law Firm, P.C.
2313 Market Place
Suite D
Huntsville, AL 35801
256-519-2291
pdavis@cpdlaw.com
*Added: 06/13/2016*
*(Creditor)*

represented by

**Charles Paul Davis**
C. Paul Davis, Attorney at Law
2313 Market Place
Suite A
Huntsville, AL 35801
256-519-2291
256-519-2292 (fax)
pdavis@cpdlaw.com
*Assigned: 06/13/16*

**Michael G. Dombrowski**
200 Walker Avenue
Huntsville, AL 35801
SSN / ITIN: xxx-xx-4413
*Added: 05/11/2016*
*(Debtor)*

represented by

**Tazewell Shepard**
Tazewell Shepard, P.C.
PO BOX 19045
HUNTSVILLE, AL 35804
256 512-9924
taze@ssmattorneys.com
*Assigned: 05/11/16*

**Tazewell T Shepard**
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804
256 512-9924
256 512-9837 (fax)
tshepard@ecf.axosfs.com
*Assigned: 07/26/16*

**Tazewell Taylor Shepard, IV**
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804
256-512-9924
256-512-9837 (fax)
ty@ssmattorneys.com
*Assigned: 07/14/16*

**G. John Dezenberg, Jr.**
Dezenberg & Smith, PC
908-C N Memorial Parkway
Huntsville, AL 35801
256 533-5097
256 533-0068 (fax)

| | | |
|---|---|---|
| | | dezlaw@bellsouth.net<br>*Assigned: 12/12/17*<br>*TERMINATED: 12/27/18* |
| **First Commercial Bank, Division of Synovus Bank**<br>% B. Hightower, D. Sparks<br>Christian & Small LLP<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>brhightower@csattorneys.com<br>*Added: 07/06/2016*<br>*(Creditor)* | represented by | **Bradley Richard Hightower**<br>Christian & Small LLP<br>505 20th Street North<br>Suite 1800<br>Birmingham, AL 35203<br>205-250-6661<br>205-328-7234 (fax)<br>brhightower@csattorneys.com<br>*Assigned: 07/06/16*<br><br>**Daniel D Sparks**<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>205-795-6588<br>ddsparks@csattorneys.com<br>*Assigned: 08/23/16* |
| **First Tennessee Bank National Association**<br>Special Assets Group<br>P.O. Box 28100<br>Nashville, TN 37202<br>*Added: 06/06/2016*<br>*(Creditor)* | represented by | **Robert C Goodrich**<br>Burr& Forman, LLP Nashville City Center<br>511 Union Street Suite 2300<br>Nashville, TN 37219<br>*Assigned: 12/15/16*<br><br>**Joe A. Joseph**<br>BURR & FORMAN LLP<br>420 20th Street North, Suite 3400<br>Birmingham, AL 35203<br>205-251-3000<br>251-458-5100 (fax)<br>jjoseph@burr.com<br>*Assigned: 12/08/16*<br><br>**Thomas Lawless**<br>Lawless & Associates, P.C.<br>701 Broadway-Suite 403<br>Nashville, TN 37203<br>615-351-7839<br>615-985-0900 (fax)<br>tomlawless@comcast.net<br>*Assigned: 06/06/16*<br>*TERMINATED: 12/15/16*<br><br>**William Dennis Schilling**<br>PO Box 55147<br>Birmingham, AL 35255-5147<br>205 328-0464<br>schillinglawoffice@gmail.com<br>*Assigned: 09/07/16*<br>*TERMINATED: 12/15/16* |

| | | |
|---|---|---|
| **Insolvency Section Internal Revenue Service**<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203<br>*Added: 03/03/2017*<br>*(Creditor)* | represented by | **Richard E. O'Neal**<br>Assistant U.S. Attorney<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>205 244-2120<br>USAALN.BANKRUPTCY@usdoj.gov<br>*Assigned: 03/03/17* |
| **Liberty Community Association, Inc.**<br>c/o Lueder, Larkin & Hunter, LLC<br>5900 Windward Parkway, Suite 390<br>Alpharetta, GA 30005<br>770-685-7000<br>770-685-7002 (fax)<br>bankruptcy@luederlaw.com<br>*Added: 05/24/2016*<br>*(Creditor)* | | |
| **MTGLQ INVESTORS, L.P.**<br>*Added: 02/12/2018*<br>*(Creditor)* | represented by | **Amanda Beckett**<br>Rubin Lublin LLC<br>200 Clinton Avenue<br>Suite 406<br>Huntsville, AL 35801<br>205-306-1953<br>abeckett@rubinlublin.com<br>*Assigned: 05/02/19*<br><br>**Jacob Pippin Mauldin**<br>Rubin Lublin, LLC<br>100 Concourse Parkway<br>Suite 115<br>Hoover, AL 35244<br>205-982-4810<br>404-601-6742 (fax)<br>jmauldin@rubinlublin.com<br>*Assigned: 02/12/18* |
| **MTGLQ Investors, LP**<br>*Added: 07/12/2019*<br>*(Creditor)* | represented by | **Michael McCormick**<br>McCalla Raymer Padrick Cobb Nichols &<br>1544 Old Alabama Rd.<br>Roswell, GA 30076<br>770-643-7200<br>michael.mccormick@mccalla.com<br>*Assigned: 07/12/19* |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>*Added: 03/29/2019*<br>*(Creditor)* | represented by | **Thomas Benjamin Humphries**<br>Sirote & Permutt PC<br>2311 Highland Avenue South<br>Suite 500<br>Birmingham, AL 35205<br>205-930-5331<br>thumphries@sirote.com<br>*Assigned: 10/31/19*<br><br>**Diane C Murray** |

Tiffany & Bosco, P.A.
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
205-930-5257
dcm@tblaw.com
*Assigned: 03/29/19*

| | | |
|---|---|---|
| **PNL SV, LLC**<br>% D. Sparks, B. Hightower<br>1800 Financial Center<br>505 N. 20th Street<br>Birmingham, AL 35203<br>*Added: 05/01/2017*<br>*(Creditor)* | represented by | **Bradley Richard Hightower**<br>Christian & Small LLP<br>505 20th Street North<br>Suite 1800<br>Birmingham, AL 35203<br>205-250-6661<br>205-328-7234 (fax)<br>brhightower@csattorneys.com<br>*Assigned: 05/01/17*<br><br>**Daniel D Sparks**<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>205-795-6588<br>ddsparks@csattorneys.com<br>*Assigned: 05/01/17* |
| **Kris Powell**<br>Century 21 Meyer Real Estate<br>1585 C Gulf Shores Parkway<br>Gulf Shores, Al 36542<br>*Added: 01/19/2017*<br>*(Realtor)* | | |
| **Progress Bank**<br>c/o Chad W. Ayres<br>P. O. Box 2168<br>Huntsville, AL 35804<br>*Added: 05/12/2016*<br>*(Creditor)* | represented by | **Chad Wayne Ayres**<br>Wilmer and Lee, P.A.<br>100 Washington Street, Ste 200<br>Huntsville,, AL 35801<br>256-533-0202<br>256-533-1317 (fax)<br>cayres@wilmerlee.com<br>*Assigned: 05/12/16* |
| **Rushmore Loan Management Services, LLC**<br>*Added: 05/31/2018*<br>*(Creditor)* | represented by | **Jackson E Duncan, III**<br>McCalla Raymer Leibert Pierce, LLC<br>2 North 20th Street<br>Suite 1000<br>Huntsville, AL 35203<br>205-208-1804<br>jackson.duncan@mccalla.com<br>*Assigned: 05/31/18* |
| **SETERUS, INC.**<br>*Added: 06/02/2016*<br>*(Creditor)* | represented by | **Diane C Murray**<br>Tiffany & Bosco, P.A.<br>2311 Highland Avenue South<br>Suite 330<br>Birmingham, AL 35205 |

| | | |
|---|---|---|
| | | 205-930-5257<br>dcm@tblaw.com<br>*Assigned: 06/02/16* |
| | | **Donald M Wright**<br>Tiffany & Bosco, P.A.<br>2311 Highland Avenue South<br>Suite 330<br>Birmingham, AL 35205<br>205-930-5159<br>dcm@tblaw.com<br>*Assigned: 07/10/17* |
| **SN Servicing Corporation**<br>*Added: 01/02/2020*<br>*(Creditor)* | represented by | **Thomas Benjamin Humphries**<br>Sirote & Permutt PC<br>2311 Highland Avenue South<br>Suite 500<br>Birmingham, AL 35205<br>205-930-5331<br>thumphries@sirote.com<br>*Assigned: 01/02/20* |
| **SPECIALIZED LOAN SERVICING LLC**<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129<br>*Added: 04/11/2017*<br>*(Creditor)* | represented by | **Evan Eberhardt**<br>Jauregui & Lindsey, LLC<br>244 Inverness Center Dr.<br>Ste. 200<br>Birmingham, AL 35242<br>205-970-2233<br>eeberhardt@jandllawfirm.com<br>*Assigned: 07/25/18* |
| **Seterus, Inc.**<br>*Added: 08/21/2017*<br>*(Creditor)* | represented by | **Diane C Murray**<br>Tiffany & Bosco, P.A.<br>2311 Highland Avenue South<br>Suite 330<br>Birmingham, AL 35205<br>205-930-5257<br>dcm@tblaw.com<br>*Assigned: 08/21/17* |
| **Sevier County Bank**<br>c/o Stuart M Maples<br>200 Clinton Ave West Ste 1000<br>Huntsville, AL 35801<br>256-489-9779<br>smaples@mapleslawfirmpc.com<br>*Added: 05/26/2016*<br>*(Creditor)* | represented by | **Stuart M Maples**<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801<br>256 489-9779<br>256-489-9720 (fax)<br>smaples@mapleslawfirmpc.com<br>*Assigned: 05/26/16* |

**Tazewell T. Shepard**
Sparkman, Shepard & Morris, P.C.
P. O. Box 19045
Huntsville, AL 35804
*Added: 07/06/2017*
*(Attorney)*

**Specialized Loan Servicing LLC.**
6200 S. Quebec St.
Greenwood Village, CO 80111
*Added: 10/22/2020*
*(Creditor)*

| | | |
|---|---|---|
| **Synovus Bank**<br>c/o Christian & Small LLP<br>1800 Financial Center<br>505 N. 20th Street<br>Birmingham, AL 35203<br>*Added: 05/13/2016*<br>*(Creditor)* | represented by | **Daniel D Sparks**<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>205-795-6588<br>ddsparks@csattorneys.com<br>*Assigned: 05/13/16* |

**Tennessee Bank National Association**
c/o Thomas W. Lawless
701 Broadway
Nashville, TN 37203
*Added: 05/27/2016*
*(Creditor)*

| | | |
|---|---|---|
| **U.S. Bank National Association as Trustee of Chalet Series III Trust**<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501<br>*Added: 09/20/2019*<br>*(Creditor)* | represented by | **Mark A Baker**<br>McMichael Taylor Gray LLC<br>3550 Engineering Drive<br>Suite 260<br>Peachtree Corners, GA 30092<br>404-474-7149<br>mbaker@mtglaw.com<br>*Assigned: 09/20/19* |
| **U.S. Bank Trust National Association**<br>*Added: 11/05/2019*<br>*(Creditor)* | represented by | **Amanda Beckett**<br>Rubin Lublin LLC<br>200 Clinton Avenue<br>Suite 406<br>Huntsville, AL 35801<br>205-306-1953<br>abeckett@rubinlublin.com<br>*Assigned: 11/05/19* |

**US Bank Trust N.A., as trustee of Bungalow Series F Trust**
*Added: 06/23/2017*
*(Creditor)*

| | | |
|---|---|---|
| **United Community Bank**<br>*Added: 05/24/2016*<br>*(Creditor)* | represented by | **Eric J. Breithaupt**<br>Stites & Harbison, PLLC<br>303 Peachtree Street, NE<br>2800 SunTrust Plaza<br>Atlanta, GA 30308<br>404-739-8974<br>404-332-0274 (fax)<br>ebreithaupt@stites.com<br>*Assigned: 05/24/16* |

**Benjamin P Wilson**
104 Jefferson Street

STE 100
Huntsville, AL 35801
*Added: 09/25/2017*
*(Other Professional)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2021 13:35:54 | | | |
| **PACER Login:** | trustee411 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 16-81412-CRJ11 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |