IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ALABAMA NORTHERN DIVISION

| In re: Michael G. Dombrowski | ) | Case No.: 16-81412- |
| CRJ-11 SSN: xxx-xx-4413 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## RESPONSE TO DEBTOR'S NOTICE OF EXERCISING FORBEARANCE RIGHTS PURSUANT TO THE CARES ACT OF 2020

COMES NOW, SN Servicing Corporation ("Creditor"), by and through its attorneys, and responds to the Debtor's Notice of Exercising His Forbearance Rights pursuant to the CARES Act of 2020 (Doc. No. 850) (the "Notice"), and shows the Court as follows:

1. Debtor filed the Notice January 29, 2021.

2. Creditor has carefully reviewed each of the loans for which it acts as loan servicer and for which the Debtor has sought relief under the CARES Act of 2020 (the "Act") and shows the following determinations of eligibility for forbearance relief under the Act:

| Claim | Claim Servicer | Property | Estimated Balance | Current P&I | Forbearance Request Decision on CARES Act |
|---|---|---|---|---|---|
| Claim 33-2 | SN Servicing Corporation 323 Fifth Street Eureka, CA 95501 | 2564 Navarra Dr #115 Carlsbad CA 92009 | $160,220.95 | $782.23 | The request is DENIED because the Debtor does not meet the criteria for an automatic forbearance under the Act - the subject loan is not a federally-backed loan and therefore forbearance is not required |

|  |  |  |  |  | under the Act. The Debtor is current with payments of the loan and the loan is current and performing. |
|---|---|---|---|---|---|
| Claim 22-1 | SN Servicing Corporation 323 Fifth Street Eureka, CA 95501 | 200 Walker Ave Huntsville, AL 35801 | $357,894.21 | $1,783.06 | The request is DENIED because the Debtor does not meet the criteria for an automatic forbearance under the Act - the subject loan is not a federally-backed loan and therefore forbearance is not required under the Act. The Debtor is current with payments of the loan and the loan is current and performing. |
| Claim 29-1 | SN Servicing Corporation 323 Fifth Street Eureka, CA 95501 | 3565 Hemlock Oxnard, CA 93035 | $237,872.26 | $1,023.07 | The request is DENIED because the Debtor does not meet the criteria for an automatic forbearance under the Act - the subject loan is not a federally-backed loan and therefore forbearance is not required |

| | | | | under the Act. The Debtor is current with payments of the loan and the loan is current and performing. |
|---|---|---|---|---|

3. Based upon the foregoing, the Debtor is not eligible for relief under the CARES Act of 2020 regarding the loans currently serviced by SN Servicing Corporation Debtor's request for automatic forbearance is denied.

WHEREFORE, Movant respectfully requests that this Court deny Debtor's Notice and for such other relief as the Court deems proper.

This the 5th day of February, 2021.

Respectfully submitted,

/s/ Mark A. Baker
Mark A. Baker, ASB 2549-E57M
Attorneys for Movant
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

  I, MARK A. BAKER, ESQUIRE, certify that I am and at all times hereinafter mentioned was more than 18 years of age, that on February 5, 2021, I served a copy of the within Response to Notice of Exercising His Forbearance Rights pursuant to the CARES Act of 2020 filed in this bankruptcy matter on the respondent(s) in this matter by FIRST CLASS MAIL and ELECTRONIC SERVICE the said respondent(s) at:

**VIA U.S. MAIL**
Michael G. Dombrowski
200 Walker Avenue
Huntsville, AL 35801

ATTACHED LIST OF 20 LARGEST UNSECURED CREDITORS

**VIA CM/ECF**

Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: February 5, 2021     /s/ Mark A. Baker_____
                 Mark A. Baker, Esquire

MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

**20 Largest Unsecured Creditors**

American Express
Customer Service
PO Box 981535
El Paso, TX 79998

Cobblestone Condo Assn
PO Box 22116
Huntsville, AL 35814

Cornerstone
2060 Mt. Paran Rd Ste 100
Atlanta, GA 30327

First Tennessee
511 Union St 5th Fl
Nashville, TN 37219

Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

Gilmer County Tax Commissioner
1 Broad St Ste 105
Ellijay, GA 30540

Legacy Mountain HOA
PO Box 10686
Knoxville, TN 37939

Lynda Hall Tax Collector
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801

Philip G. Dombrowski
14007 Astalot Drive
Huntsville, AL 35814

Piedmont Lending
PO Box 1578
Roswell, GA 30077

Progress Bank and Trust
201 Williams Ave
Huntsville, AL 35801-4250

Sevier County Bank
PO Box 5288
Sevierville, TN 37864-5288

Sevier County Trustee
125 Court Ave Rm 212W
Sevierville, TN 37862

Synovus
Managed Assets
PO Box 105233
Atlanta, GA 30348

United Community Bank
558 Industrial Blvd
Ellijay, GA 30540

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876