# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Michael G. Dombrowski | ) | Case No.: 16-81412-CRJ-11 |
| SSN: xxx-xx-4413 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## DEBTOR'S SECOND NOTICE OF EXERCISING HIS FORBEARANCE RIGHTS ON CERTAIN MORTGAGES PURSUANT TO THE CARES ACT OF 2020

COMES NOW, the Chapter 11 confirmed debtor, Michael G. Dombrowski (the "**Debtor**"), and files this pleading to give notice of his election to excise statutory forbearance rights related to the repayment of certain federally-insured secured claims, and states with more particularly as follows:

1. The Debtor is a real estate investor. His business has experienced a decline in cashflow and continued volatility in the residential and vacation real estate rental market in relation to the economic downturn arising from the COVID-19 pandemic. To date, the Debtor has remained current on his plan of reorganization obligations and payments schedules. However, the ongoing uncertainty of the COVID-19 pandemic create uncertainty and hardship for the Debtor and his business.

2. The Coronavirus Aid, Relief, and Economic Security Act of 2020 (the "**CARES Act**") allows borrowers experiencing financial hardship with certain federally backed mortgages and to request and obtain a forbearance of payments on those notes for up to 180 days (the "**CARES Act Forbearance**"). Receipt of CARES Act Forbearance is based on the borrower's request and not tied to an application or other eligibility.

3. The following secures claims in the Debtor's Chapter 11 case are eligible for CARES Act Forbearance:

| Claim | Claim Servicer | Property | Estimated Balance | Current P&I |
|---|---|---|---|---|
| Claim 20-1 | Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 | 1701 Strand, Unit 8 Tybee Island GA 31328 | $337,571.68 | $1,619.00 |

| Claim | | | | |
|---|---|---|---|---|
| Claim 18-1 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 | 549 E Port Hueneme<br>Port Hueneme, CA 93041 | $274,589.58 | $1,148.10 |
| Claim 21-1 | Fay Servicing Center<br>PO Box 809441<br>Chicago, IL 60680-9441 | 2520 Bangor CT<br>Snellville, GA 30078 | $187,330.01 | $916.00 |
| Claim 17-1 | Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | 3565 Hemlock<br>Oxnard, CA 93035 | $237,872.26 | $1,023.07 |

(the "**Eligible Claims**").

4. The Debtor has determined it is in the best interest of his bankruptcy estate to elect a second CARES Act Forbearance on each of the Eligible Claims; the Debtor avers that requesting CARES Act Forbearance will allow him to avoid the expense and uncertainty of modifying his plan of reorganization, or otherwise liquidating assets in an untimely manner.

5. In compliance with the deadlines set in the CARES Act, the Debtor served notice of his election to forbear on the Eligible Claims as follows:

| Claim | Claim Notice Address | Tracking Number (USPS) | Date Mailed |
|---|---|---|---|
| Claim 20-1 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | 9400111899561851032070 | 7/23/2021 |
| Claim 18-1 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 | 9400111899561851014540 | 7/23/2021 |
| Claim 21-1 | Fay Servicing Center<br>PO Box 809441<br>Chicago, IL 60680-9441 | 9400111899561856900657 | 7/23/2021 |
| Claim 17-1 | Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | Phone Call | 7/7/2021 |

(the **Notice of Election**").

6. The Debtor states that the Eligible Claims have been properly served with the Notice of Election.

7. Creditor Bank of America [Claim Doc. # 17] filed a notice with this Court on July 13, 2021 acknowledging receipt of the Debtor's Notice of Election and states that the second forbearance period begins on July 1, 2021 and continues through December 31, 2021.

8. Payments on Claim 17 will resume on January 1, 2022 [ECF Doc. #876]. Debtor agrees with forbearance terms set forth in Creditor's filing with the court [ECF Doc. #876].

9. The Debtor avers that the second forbearance period on Claim 18-1, Claim 20-1, and Claim 21-1 begins August 1, 2021 and runs through January 31, 2022. Payments on Claim 18-1, Claim 20-1, and Claim 21-1 resume on February 1, 2022.

10. During the forbearance period, the Debtor will continue to make requisite escrow payments to satisfy insurance and tax obligations.

11. The Debtor acknowledges that, pursuant to the CARES Act, all deferred payments from the forbearance period remain due and payable upon the maturity of the Eligible Claims, or upon the earlier upon the sale or transfer of the secured-properties, refinancing of any applicable mortgage-backed loans, or payoff of the interest-bearing unpaid loan balances.

Respectfully submitted this the 26th[h] day of July, 2021.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 26th day of July, 2021 served the foregoing document upon all addressees on the 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, and all parties requesting notice, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV