IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | CHAPTER 11 |
| MICHAEL G. DOMBROWSKI ) | |
| xxx-xx-4413, ) | |
| ) | CASE NO.: 16-81412-CRJ-11 |
| Debtor. ) | |
| ) | |

## MOTION TO CONTINUE HEARING ON
## DEBTOR'S MOTION TO ENFORCE PLAN

COMES NOW, Michael G. Dombrowski, Debtor and Debtor in Possession, by and through his undersigned attorney, and moves to continue the hearing on the Debtor's Motion to Enforce the Terms of his Plan ("Motion") which is currently set for January 24, 2024 and in support thereof says:

1. On November 2, 2023 Debtor filed his Motion to Enforce Plan [Doc. 937] and thereafter filed his brief in support thereof on November 27, 2023. [Doc. 948]. Pursuant to the Motion the Debtor seeks to enforce the plan treatment with respect to the following creditors (1) Investa Services; (ii) Sevier County Trustee; (iii) Smart Bank; (iv) Fay Servicing and (v) Specialized Loan Services ("SLS").[1]

2. Responses to the Motion have been filed by SLS, Investa and Fay Servicing. Since the receipt of those responses, Debtors counsel has engaged in potential settlement discussions with each of these entities. Those discussions are ongoing and although they continued last week, they were adversely impacted by the ice storm that struck North Alabama. Debtor believes that these discussions will result in the resolution of one or more of the claims raised in his Motion and

---

[1] The Motion originally included Specialized Portfolio Servicing. The Debtor subsequently moved to withdraw its relief as to SPS, without prejudice.

therefore requests additional time to pursue those negotiations.

3. Debtor has not received and the record does not reflect the receipt of any response by the Sevier County, Trustee or Smart Bank.

4. Debtor therefore seeks to continue the hearing on the Debtor's Motion for a period of 30 days in order to give him and the affected creditors additional time to resolve the claims alleged in the Motion and for Sevier County Trustee and Smart Bank to respond to the Motion.

5. Debtor's counsel has conferred with counsel for SLS and Investa and neither object to the continuance of the Motion. Debtor's counsel was unable to reach counsel for Fay Servicing but the granting of this motion does not prejudice the interests of Fay.

Respectfully submitted this the 22nd day of January, 2024.

*/s/ Kevin D. Heard*
Kevin D. Heard
*Counsel for Dombrowski*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, Alabama 35801
Tel: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, I served a copy of the foregoing **Motion to Enforce Plan** on the parties listed below via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
Chad Wayne Ayres cayres@wilmerlee.com
Mark A Baker mbaker@mtglaw.com , ecfnotifications@mtglaw.com

Amanda Beckett abeckett@rubinlublin.com , lcaplan@rlselaw.com ; nbrown@rlselaw.com ; ruluecf@gmail.com ; BKRL@ecf.courtdrive.com
Richard M Blythe Richard_Blythe@alnba.uscourts.gov , courtmaildec@alnba.uscourts.gov
Eric J. Breithaupt ebreithaupt@stites.com , ayarborough@stites.com
William Wesley Causby wcausby@memorylegal.com
J. Thomas Corbett jtom_corbett@alnba.uscourts.gov , courtmailbir11@alnba.uscourts.gov
Adam C. Dauro adauro@heardlaw.com
Charles Paul Davis pdavis@cpdlaw.com , lyoung@cpdlaw.com ; jgrayson@cpdlaw.com ; mbeach@cpdlaw.com
G. John Dezenberg, Jr. dezlaw@bellsouth.net , dezlawecf@gmail.com ; dezlaw@ecf.courtdrive.com ; dezenberggr49395@notify.bestcase.com ; smedders@bellsouth.net
Jackson E Duncan, III jackson.duncan@mccalla.com , mccallaecf@ecf.courtdrive.com
S. Keith Eady ecf@keitheady.com
Evan Eberhardt eeberhardt@jandllawfirm.com
Kelley Askew Gillikin kelley.gillikin@revenue.alabama.gov
James H. Haithcock, III jhaithco@burr.com, mgunnells@burr.com
Bradley Richard Hightower brhightower@csattorneys.com , brad--hightower-1605@ecf.pacerpro.com
Thomas Benjamin Humphries thumphries@sirote.com , cstanford@sirote.com
Joe A. Joseph jjoseph@burr.com , mivey@burr.com ; dbutts@burr.com
Goodman G. Ledyard gledyard@pierceledyard.com , bankruptcy@pierceledyard.com
Jared Heath Loftin heath.loftin@mccalla.com , mccallaecf@ecf.courtdrive.com
Stuart M Maples smaples@mapleslawfirmpc.com , kmanning@mapleslawfirmpc.com ; kpickett@mapleslawfirmpc.com ; dmaples@mapleslawfirmpc.com ; maples.stuartr106757@notify.bestcase.com
Jacob Pippin Mauldin jmauldin@rubinlublin.com , lcaplan@rubinlublin.com ; nbrown@rubinlublin.com ; akhosla@rubinlublin.com ; ruluecf@gmail.com ; BKRL@ecf.courtdrive.com
Michael McCormick michael.mccormick@mccalla.com , mjm@mccallaraymer.com mccallaecf@ecf.courtdrive.com
Von G Memory vgm@memorylegal.com , wcausby@memorylegal.com ; smemory@memorylegal.com ; bwesley@memorylegal.com ; bwamsley@memorylegal.com
Mary Martin Majors Mitchell mary.mitchell@revenue.alabama.gov
Diane C Murray ndbankruptcy@tblaw.com
Richard E. O'Neal USAALN.BANKRUPTCY@usdoj.gov
Tazewell Shepard taze@ssmattorneys.com , janelle@ssmattorneys.com
Tazewell Taylor Shepard, IV ty@ssmattorneys.com , janelle@ssmattorneys.com
Mary E Smith mary.e.smith@usdoj.gov , Southern.Taxcivil@usdoj.gov
Daniel D Sparks ddsparks@csattorneys.com , dan-sparks-9722@ecf.pacerpro.com
Paul J Spina, III pspina@spinalavelle.com
Alexa Stinson astinson@rascrane.com
Ray Uhrig ray@uhriglaw.com , paralegal@uhriglaw.com
Janet L Wilkes logsecf@logs.com, logsecf@logs.com
Donald M Wright ndbankruptcy@tblaw.com

**Notice will not be electronically mailed to:**
Robert C Goodrich on behalf of Creditor First Tennessee Bank National Association Burr & Forman, LLP Nashville City Center | 511 Union Street Suite 2300 | Nashville, TN 37219

Liberty Community Association, Inc. c/o Lueder, Larkin & Hunter, LLC | 5900 Windward Parkway, Suite 390
Alpharetta, GA 30005

Specialized Loan Servicing LLC | 6200 S. Quebec St., Greenwood Village, CO 80111

Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129

Benjamin P Wilson | 104 Jefferson Street STE 100 | Huntsville, AL 3580

Tazewell T. Shepard | Sparkman, Shepard & Morris, P.C. | P. O. Box 19045 | Huntsville, AL 35804

Tennessee Bank National Association c/o Thomas W. Lawless | 701 Broadway | Nashville, TN 37203

Fay Servicing, LLC | Bankruptcy Department | PO Box 814609 | Dallas, TX 75381-4609

Smart Bank | 710 Dolly Parton Parkway | Sevierville, TN 37862

Sevier County Trustee | 125 Court Avenue | Room 212 W | Sevierville, TN 37862

INVESTA SERVICES FOR GSRAN−Z, LLC | 1266 WEST PACES FERRY RD, BOX 517 | ATLANTA, GA 30327

                                          */s/ Kevin D. Heard*
                                          Kevin D. Heard